

APR 2 9 2024

CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT**

**MICHIGAN**

POOR QUALITY ORIGINAL

Charles Miles

Plaintiff,

v.

Wayne County Treasurer, City of

Detroit Treasurer Office

Defendant(s),

Case: 2:24-cv-11125
Assigned To : Berg, Terrence G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/29/2024
Description: CMP MILES v WAYNE
COUNTY TREASURE OFFICE ET AL (JP)

Jury Demand

1983, Injunctive Relief

**Preliminary Statement**

1. This is civil rights lawsuit filed pursuant to Michigan Constitution of 1963, Art I. 17 of 1964, Fourteen Amendment to the U.S. Constitution, Procedural Due Process. The plaintiff is seeking an injunction to halt the arbitrary foreclosure of his properties; this is an illegal takings lawsuit governed by the Fifth Amendment.
2. The Wayne County Treasurer is being sued in their official capacity.
3. The Detroit City Treasure's office is being sued in their official capacity.
4. A man home is considered "his castle", America's Founders understood clearly that private property is the foundation not only to prosperity, but to freedom. As America grew and governments modernize, the rights guaranteed in the Fourteenth and Fifth Amendment begin to be compromised.
5. The plaintiff will display to the Court, how his properties located @ 9550 Hubbell, Detroit, Michigan, and 6463 Evergreen Street, Detroit, Michigan; was arbitrary placed in delinquent status, and subsequently processed to be foreclosed on in 2016 without notice, which denied the Plaintiff his Due Process Guaranteed the 14th Amendment.

## JURISDICTION

This Court has jurisdiction pursuant to 42 U.S.C. 1983, 14th Amendment Due Process of the law.

6. The Wayne County Circuit Court has jurisdiction over all civil cases where the offense involved is more than $25,000.

## PARTIES

7. Plaintiff Charles Miles is the lawful, rightful owner of the properties in question, located @ 9550 Hubbell, and 6463 Evergreen, Detroit, Michigan. Charles Miles resides @12900 Santa Clara Street, Detroit, Michigan 48235.

8. Defendant Nikhil Patel works as Detroit City Treasurer, his duty is the collection of City taxes on real and personal property. His duty also includes the collaboration with the Wayne County Treasurer on all delinquent real and personal property tax. He's being sued in his official and individual capacity.

9. Defendant Eric Sabree is the Wayne County Treasurer, his duty is the collection of local taxes, particularly the real property and manufactured home taxes. His duty is also to collaborate with city treasures in order to collect delinquent property tax owned by delinquent homeowners. He's being sued in his official and individual capacity.

10. Detroit Treasurer's office is being sued in their official capacity

11. The Wayne County Treasurer office is being sued in their official capacity.

## STATEMENT OF FACTS

12. The plaintiff's homes located at 9550 Hubbell, and 6463 Evergreen are currently in property tax foreclosure by the Wayne County Treasurer's office. The homes are being processed for foreclosure based on alleged delinquent taxes for the following years; 2016, 2017, 2018, 2021.

13. The plaintiff purchased the home located at 9550 Hubbell in 2008 for a total of $6,000 USD. The home is currently assessed at $20,500 by the City of Detroit. The home currently have an estimated value of around $60,000-$74,000 dollars. Since the purchase of the home, Miles have paid a total of $30,066.88 in property tax to

both the Detroit City Treasure's office, and the office of the Wayne County Treasure.(SEE ATTACHMENTS)

14.  Not one year have plaintiff Miles missed a payment. Mr. Miles have paid an average of $3,000 yearly in property tax for this parcel. The average tax bill including summer and winter tax, is approximately $1300-$1500, there's no way Mr. Miles can pay an average of $3,000 yearly; and still owe back tax on this parcel.(SEE ATTACHED PAYMENT HISTORY).

15. The acts of the defendants amounts to the deliberate, willful' and taken of Mr. Miles personal property without due process of the law. The defendants acts amounts to the theft of private property by the Government in violation of his 5th Amendment Right.

16. Plaintiff wish to first address the 2016 alleged delinquency bill for 9550 Hubbell. In 2016 the plaintiff received a property tax bill which totaled 1,555.57. The plaintiff paid the exact amount requested in the 2016 tax bill. (SEE ATTACHMENT).

17.  The property located at 9550 Hubbell had a Primary Residence Exemption from 2009-2013. The dispute arise out of plaintiff rescinding his PRE for Hubbell, and transferring the PRE on his newly purchased home located @12900 Santa Clara, Detroit, Michigan.

18.  Apparently, defendant(s) Detroit City Treasurer office failed to remove the PRE on 9550 Hubbell, then audited the plaintiff in 2016; also charged the plaintiff for the back years; plaintiff alleged to have received in PRE tax credit.

19. Instead of notifying the plaintiff of the incurred charges, defendants Detroit City Treasurer office forward the bill to the Wayne County Treasurer as a delinquent debt, which started this downward spiral of plaintiff property arbitrary being placed in property tax foreclosure

20.  Once it was sent to the County as delinquent, the County immediately added interest, fees and penalties which tripled the plaintiff 2016 tax bill.

21.  Delinquent is define as neglect or violation of duty, Mr. Miles can't neglect his obligation if Mr. Miles never was notified or placed on notice of the obligation.

22.  The defendant(s) Detroit City Treasurer's office place the cart before the horse.

23.  By the defendant, Detroit City Treasure sending the payment to the Wayne County Treasure as delinquent, the Wayne County Treasure automatically placed extra fees and penalties on the plaintiff properties.

24.  Another due process violation is the back fees allegedly owed by the plaintiff for the PRE (Primary Residence Exemption) rescission. Per the defendants, the Detroit City Treasure Office; plaintiff allegedly received a discount of $519.05 for 2013,461.80 for 2014, and 363.25 for 2015, a grand total of $1344.1. Another very interesting point is the difference in tax bills from the years with the exemption, versus years without exemption. In 2015 which was a year of exemption, Mr. Miles tax bill totaled $1,484.10. The following year, when the exemption was removed. Plaintiff Mile's tax bill was $1,555.57, an $88.00 difference between exemption, and non- exemption. These startling numbers doesn't add up to the

amount Mr. Miles was alleged discounted, which is further reason residents should be placed on notice; the amount of discounted for the Primary Residence Exemption tax credit.

25. In 2016 the Michigan State Treasurers rescinded the PRE for the above years which forced the plaintiff to owe the $1344.1 balance to the Detroit City Treasurer Office. The due process violation is the plaintiff never knew the amount alleged discounted by the defendant Detroit City Treasure Office for 2013, 2014 or 2015 under the Primary Residence Exemption.

26. If the court examine the tax bills, which the plaintiff is attaching; it would show for each year no amount was listed as the discount for the Exemption, just a vague remark that read "100% PRE".

27. Mr. Miles had absolutely no idea how much was actually discounted under the PRE for 2013, 2014, and 2015, so Mr. Miles has no idea how to is actually verify what is actually owed to the Detroit City Treasure Office.


## Claims for Relief


1. The Plaintiff repeat and re-allege each allegation contained in Paragraph 1-27 above, as fully set forth therein.

2. 42. U.S.C. 1983 authorizes for the deprivation of a right secured by the Constitution caused by a person acting under the color of law.

3. Notice is the cornerstone of Due Process, Guaranteed by the 14th Amendment of the United States Constitution, a citizens property should not be threatened, or taking without first affording that person Notice.(Mullane v. Central Hanover U.S. 339, 306, Jones v. Flowers, 547 U.S. 220).

4. By the defendants the Detroit City Treasurer's office sending a debt to the Wayne County Treasurer in the plaintiff's name, before sending the debt to the plaintiff. That denied the plaintiff his Due Process Right to Notice before the defendant(s) Wayne County Treasurer incurred extra fees and penalties, and ultimately place the plaintiff's homes in foreclosure violating plaintiff 14th Amendment Right

5. By the defendant(s) charging the plaintiff back fees from 2013, 2014, and the 2015 PRE tax discount; without ever telling the plaintiff what the actually discounts were during those years. That denied the plaintiff his right to Due Process Notice before the defendant(s) placed the debt on him. There's no way the plaintiff can verify the correct amount owed to the defendants if the defendants never afforded the plaintiff the knowledge of what amount was actually discounted during those tax years.


## Prayers for Relief

6.  Plaintiff pray that this Honorable Court issue an injunction to stop the arbitrary tax foreclosure of plaintiff properties based on lack of Due Process Notice.

7.  That the defendant(s) inform all resident(s) receiving PRE (Primary Residents Exemptions) the exact amount discounted each year the resident receive the discount.

8.  Award the plaintiff cost, and fees deem proper by the court for 7 years of emotional stress based on the defendant(s) arbitrary practices.

9.  Any other relief this Court deems proper.

10. Award damages to the plaintiff for the willful, wanton and taken of plaintiff property in violation of the 14[th,] and 5th Amendment of the Constitution.

Respectfully submitted,

Charles Miles

12900 Santa Clara

Detroit, Michigan 48235.

(313) 231-3622

Dated- April 10, 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 010-2011-153822 | 09/13/11 | miles | 16547 grand river ave, detroit, MI 48227 | 2009 | $63.09 | $40.11 | $103.20 |
| 010-2011-31637 | 02/28/11 | MILES, CHARLES | 9550 HUBBELL, DETROIT, MI 48227 | 2009 | $683.13 | $116.87 | $800.00 |
| 010-2004-59231 | 01/05/04 | FIRST AMERICAN REAL ESTATE TAX SERVICE | 8435 N STEMMONS FWY, DALLAS, TX 752473907 | 2003 | $409.05 | $0.00 | $409.05 |
| 010-2003-202301 | 03/27/03 | LERETA CORPORATION/FAIRBANKS CAPITAL COR | 4910 RIVERGRANDE RD., STE 301, IRWINDALE, CA 91706 | 2002 | $403.00 | $20.15 | $423.15 |
| 010-2003-202301 | 03/27/03 | LERETA CORPORATION/FAIRBANKS CAPITAL COR | 4910 RIVERGRANDE RD., STE 301, IRWINDALE, CA 91706 | 2001 | $539.27 | $342.73 | $882.00 |
| 010-2003-202301 | 03/27/03 | LERETA CORPORATION/FAIRBANKS CAPITAL COR | 4910 RIVERGRANDE RD., STE 301, IRWINDALE, CA 91706 | 2000 | $72.59 | $286.12 | $358.71 |

| Tax Year | No. of Payments | Tax Amount | Fee Amount | Total Amount |
|---|---|---|---|---|
| 2018 | 1 | $511.88 | $40.96 | $552.84 |
| 2017 | 1 | $173.95 | $26.05 | $200.00 |
| 2016 | 1 | $1,249.53 | $0.00 | $1,249.53 |
| 2015 | 8 | $1,477.47 | $917.38 | $2,394.85 |
| 2014 | 3 | $1,619.57 | $811.82 | $2,431.39 |
| 2013 | 2 | $1,607.98 | $608.06 | $2,216.04 |
| 2012 | 1 | $1,565.66 | $899.78 | $2,465.44 |
| 2011 | 3 | $1,776.76 | $914.50 | $2,691.26 |
| 2010 | 6 | $1,905.96 | $939.34 | $2,845.30 |
| 2009 | 5 | $1,353.98 | $614.20 | $1,968.18 |
| 2003 | 1 | $409.05 | $0.00 | $409.05 |
| 2002 | 1 | $403.00 | $20.15 | $423.15 |
| 2001 | 1 | $539.27 | $342.73 | $882.00 |
| 2000 | 1 | $72.59 | $286.12 | $358.71 |

Total amount paid: $21,087.74

City 11,651.25

County 9014.83

- ACR -

contract DATE 6/12/13

Kathleen → John Mc Clusich MI Premiere Realestate mark Adams - 248-366-1100 -

248-977-9175

closing DATE 6/21/13

6/28/13

7/26/13

161.00.00

30.606

| Trans Number | Trans Date | Payer Name | Payer Address | Tax Year | Tax Amount | Fee Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 010-2019-207424 | 06/06/19 | MILES, CHARLES | 9550 HUBBELL, DETROIT, MI 48227 | 2018 | $511.88 | $40.96 | $552.84 |
| 010-2018-374057 | 12/04/18 | miles | 4476 w.outer dr, detroit, MI 48235 | 2017 | $173.95 | $26.05 | $200.00 |
| 010-2018-298330 | 09/04/18 | miles | 12900 santa clara, DETROIT, MI 48235 | 2015 | $170.49 | $117.84 | $288.33 |
| 010-2018-267359 | 07/31/18 | Miles | 4476 w. Outer dr, DETROIT, MI 48235 | 2015 | $115.27 | $77.93 | $193.20 |
| 010-2018-234112 | 06/27/18 | Miles | 4476 W outer dr, Detroit, MI 48235 | 2015 | $60.20 | $39.80 | $100.00 |
| 010-2018-194026 | 05/30/18 | Miles | 4476 w. Outer dr, Detroit, MI 40235 | 2015 | $60.75 | $39.25 | $100.00 |
| 010-2018-166270 | 05/02/18 | Miles | 4476 w. Outer drive, Detroit, MI 48235 | 2015 | $45.98 | $29.02 | $75.00 |
| 010-2018-150913 | 04/18/18 | CITY OF DETROIT | 2 WOODWARD STE 1200, DETROIT, MI 48226 | 2016 | $1,249.53 | $0.00 | $1,249.53 |
| 010-2018-105800 | 03/16/18 | MILES, CHARLES | 9550 HUBBELL, DETROIT, MI 48227 | 2015 | $30.94 | $19.06 | $50.00 |
| 010-2018-34477 | 02/02/18 | MILES, CHARLES | 9550 HUBBELL, DETROIT, MI 48227 | 2015 | $804.69 | $483.63 | $1,288.32 |
| 010-2018-22241 | 01/19/18 | Miles | 12900 santa clara st, Detroit, MI 48235 | 2015 | $189.15 | $110.85 | $300.00 |
| 010-2017-289453 | 09/01/17 | Miles | 4476 w.outer drive, Detroit, MI 48235 | 2014 | $507.16 | $390.13 | $897.29 |
| 010-2017-70271 | 02/28/17 | MILES, CHARLES | 9550 HUBBELL, DETROIT, MI 48227 | 2014 | $29.78 | $20.22 | $50.00 |
| 010-2016-119192 | 04/01/16 | Miles | 4476 W. OUTER DRIVE, Detroit, MI 48235 | 2014 | $1,082.63 | $401.47 | $1,484.10 |
| 010-2015-262371 | 08/18/15 | Miles | 4476 W. Outer Dr, DETROIT, MI 48235 | 2013 | $1,147.89 | $575.85 | $1,723.74 |
| 010-2015-13519 | 01/15/15 | MILES, CHARLES | 9550 HUBBELL, DETROIT, MI 48227 | 2012 | $1,565.66 | $899.78 | $2,455.44 |
| 010-2014-141336 | 06/02/14 | miles | 4476 W. outer dr, Detroit, MI 48235 | 2013 | $460.09 | $32.21 | $492.30 |
| 010-2014-141336 | 06/02/14 | miles | 4476 W. outer dr, Detroit, MI 48235 | 2011 | $4.39 | $3.31 | $7.70 |
| 010-2014-53171 | 03/04/14 | MILES | 4476 West outer drive, detroit, MI 48235 | 2011 | $444.85 | $238.71 | $683.56 |
| 010-2014-10893 | 01/17/14 | miles | 4476 w outer drive, detroit, MI 48235 | 2011 | $1,327.52 | $672.48 | $2,000.00 |
| 010-2013-171842 | 08/30/13 | PRESTON, TOYA | 0 P O BOX 37362, OAK PARK, MI 48237 | 2010 | $401.13 | $287.54 | $688.67 |
| 010-2013-105038 | 05/28/13 | miles | 4476 w. outer drive, detroit, MI 48235 | 2010 | $597.08 | $401.13 | $998.21 |
| 010-2013-16934 | 02/04/13 | MILES, CHARLES | 4476 w outer dr, DETROIT, MI 48239 | 2010 | $52.86 | $33.14 | $86.00 |
| 010-2012-150948 | 07/28/12 | MILES | 4476 W. OUTER DRIVE, DETROIT, MI 48235 | 2010 | $345.17 | $154.83 | $500.00 |
| 010-2012-109822 | 06/04/12 | miles | 4476 w. outer dr., detroit, MI 48235 | 2009 | $234.93 | $181.05 | $415.98 |
| 010-2012-98927 | 05/09/12 | miles | 4476 west outer dr, detroit, MI 48235 | 2009 | $310.87 | $234.93 | $545.80 |
| 010-2011-183196 | 11/25/11 | miles | 16547 grand river, detroit, MI 48227 | 2010 | $251.87 | $34.34 | $286.21 |
| 010-2011-183196 | 11/25/11 | miles | 16547 grand river, detroit, MI 48227 | 2009 | $61.96 | $41.24 | $103.20 |
| 010-2011-153822 | 09/13/11 | miles | 16547 grand river ave, detroit, MI 48227 | 2010 | $257.85 | $28.36 | $286.21 |

1/17/2020

ERIC R. SABREE
Wayne County Treasurer
400 Monroe, 5th Floor
Detroit, MI 48226
313-224-5990

| | |
|---|---|
| Date: | 06/06/2019 |
| Time (ET): | 03:50 PM |
| Device: | WCTTR01_C_STATION 12 |
| Confirmation: | WCTTRP001304863 |
| Payment Type: | 1 - TAX PAYMENT |
| Parcel / Description: | 22038786 |
| Account: | XXXXXXXXXXXX3649 |
| Cardholder Name: | LLC/MOTORCITY AUTOMOTIVE |
| Card Type: | MASTERCARD DEBIT |
| Auth Code: | |
| Transaction: | SALE |

| | |
|---|---|
| Amount: | $552.84 |
| Convenience Fee: | $13.77 |
| **Total:** | **$566.61** |

| | |
|---|---|
| AID: | A0000000042203 |
| TVR: | 8000048000 |
| TSI: | E800 |
| AC: | FB442DC08EF2A84E |
| ARC: | 00 |

Signature or Pin entry indicates
compliance with Cardholder Payment
Agreement. Chase is the authorized
Third Party Facilitator for
Wayne County.

Thank you for making your payment.

Customer Receipt

|  |  |
|---|---|
| **Account Nickname:** | charlie123 |
| **Routing Number:** | 072000326 |
| **Account Number:** | XXXXXXXXXXXXX5216 |
| **Account Type:** | Checking |
| **Account Category:** | Business |

[Quoted text hidden]

---

**noreply@co.wayne.mi.us** <noreply@co.wayne.mi.us>
To: cfapparel@yahoo.com

Tue, Sep 13, 2011 at 8:45 AM

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Your payment submitted on Sep-11-2011 for eTaxPayments Raymond J. Wojtowicz, Treasurer has now been released for settlement by your financial institution.

|  |  |
|---|---|
| **Confirmation Number:** | WCTWCT000154687 |
| **Confirmation Date (ET):** | Sep-11-2011 10:47:47 PM |
| **Payer Name:** | charles miles |
| **Amount Due:** | $389.41 |

|  |  |
|---|---|
| **Payment Amount:** | $389.41 |
| **Scheduled Payment Date:** | Sep-12-2011 |

|  |  |
|---|---|
| **Account Nickname:** | charlie123 |
| **Routing Number:** | 072000326 |
| **Account Number:** | XXXXXXXXXXXXX5216 |
| **Account Type:** | Checking |
| **Account Category:** | Business |

[Quoted text hidden]

 Gmail

Charlie Miles <stylesbymiles@gmail.com>

---

## Payment Confirmation for eTaxPayments Raymond J. Wojtowicz, Treasurer
3 messages

---

**noreply@co.wayne.mi.us** <noreply@co.wayne.mi.us>
To: cfapparel@yahoo.com

Tue, Sep 13, 2011 at 8:33 AM

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Your payment submitted on Sep-11-2011 for eTaxPayments Raymond J. Wojtowicz, Treasurer has now been released for settlement by
your financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000154688 |
| **Confirmation Date (ET):** | Sep-11-2011 10:53:10 PM |
| **Payer Name:** | charles miles |
| **Amount Due:** | $499.12 |

---

| | |
|---|---|
| **Payment Amount:** | $499.12 |
| **Scheduled Payment Date:** | Sep-12-2011 |

---

| | |
|---|---|
| **Account Nickname:** | charlie123 |
| **Routing Number:** | 072000326 |
| **Account Number:** | XXXXXXXXXXXXX5216 |
| **Account Type:** | Checking |
| **Account Category:** | Business |

If you have questions about this payment or need assistance, please view the payment online at http://www.treasurer.waynecounty.com, or
call Customer Service at (313) 224-5990.

Thank you for using the Wayne County Treasurer's electronic payment system.

---

**noreply@co.wayne.mi.us** <noreply@co.wayne.mi.us>
To: cfapparel@yahoo.com

Tue, Sep 13, 2011 at 8:33 AM

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Your payment submitted on Sep-11-2011 for eTaxPayments Raymond J. Wojtowicz, Treasurer has now been released for settlement by
your financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000154689 |
| **Confirmation Date (ET):** | Sep-11-2011 10:57:37 PM |
| **Payer Name:** | charles miles |
| **Amount Due:** | $188.97 |

---

| | |
|---|---|
| **Payment Amount:** | $188.97 |
| **Scheduled Payment Date:** | Sep-12-2011 |

I have explained to Mr. Miles that I can move the payments around, but as far as interest goes although the 2015 tax year will not have any interest added the 2014 tax year will accrue additional interest. I cannot say if the payments applied to the 2015 tax year to date will be enough to pay the 2014 tax year in full.

**<u>Mr. Miles, at this point, I will need a reply from you.</u>**

**Do you want the payment posted to parcel 22097205-6 (6463 Evergreen) on 04/01/2016 in the amount of $1,711.17 & the payment posted to 22038786. (9550 Hubbell) on 04/01/2016 in the amount of $1,484.10 moved <u>from</u> the 2014 tax year <u>to</u> the 2015 tax year?**

I will be out of the office this week on Thursday & Friday, but I will be in on Monday, August 13, 2018.

**Thank you,**

Mary Hinton
*Department Manager - Property Tax Administration*
Office of the Wayne County Treasurer
**ERIC R. SABREE. TREASURER**
400 Monroe, 5th Floor
Detroit, Michigan 48226
(313) 967-3651 Phone
(313) 224-5970 Fax
mhinton@waynecounty.com



Visit our website for updates at treasurer.waynecounty.com



**CONFIDENTIAL: This electronic message and all contents contain information which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify me immediately at 313-967-3651 and destroy the original message and all copies.**

**From:** Charlie Miles [mailto:stylesbymiles@gmail.com]
**Sent:** Wednesday, August 08, 2018 4:09 PM
**To:** Justin Bahri
**Cc:** LaDawna Johnson; Lynn Ciucci; Mary Hinton
**Subject:** Re: Parcel 22097205-6 & Parcel 22038786.

At the time of your letter I had given you copies of my receipt of the total you requested to be credited paid a year prior

On Saturday, August 4, 2018, Justin Bahri <bahrij@detroitmi.gov> wrote:

> Good Afternoon Mr. Miles,
>
> I wanted to provide an update to your email below as I had a chance to speak with the Wayne County Treasurer's Office.
>
> The adjustment that we discussed in February 2017 was processed and you were given 30 days interest/penalty free to make a payment for the entire tax balance on the parcels mentioned below (as is the procedure when we receive a NSF notice for the current year).

 **Gmail**

**Charlie Miles <stylesbymiles@gmail.com>**

# Payment Confirmation for eTaxPayments Raymond J. Wojtowicz, Treasurer
2 messages

**noreply@co.wayne.mi.us** <noreply@payconnexion.com>                 Mon, Mar 2, 2015 at 9:45 PM
To: cfapparel@yahoo.com

\*\*\* PLEASE DO NOT RESPOND TO THIS EMAIL
\*\*\*

Your payment submitted on Feb-28-2015 for
eTaxPayments Raymond J. Wojtowicz, Treasurer
has now been released for settlement by your
financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000474083 |
| **Confirmation Date (ET):** | Feb-28-2015 03:07:46 PM |
| **Payer Name:** | charlie miles |
| **Amount Due:** | $1,229.52 |

| | |
|---|---|
| **Payment Amount:** | $1,229.52 |
| **Scheduled Payment Date:** | Mar-02-2015 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or need
assistance, please view the payment online at
http://www.treasurer.waynecounty.com, or call
Customer Service at (313) 224-5990.

Thank you for using the Wayne County Treasurer's
electronic payment system.

**noreply@co.wayne.mi.us** <noreply@payconnexion.com>                 Mon, Mar 2, 2015 at 9:57 PM
To: cfapparel@yahoo.com

\*\*\* PLEASE DO NOT RESPOND TO THIS EMAIL
\*\*\*

Your payment submitted on Feb-28-2015 for
eTaxPayments Raymond J. Wojtowicz, Treasurer
has now been released for settlement by your
financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000474076 |
| **Confirmation Date (ET):** | Feb-28-2015 02:58:23 PM |

**RAYMOND J. WOJTOWICZ**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942
(313) 224-5990



Preston, Toya
0 P O Box 37362
Oak Park, MI 48237

**Web:** treasurer.waynecounty.com
**Email:** taxinfo@co.wayne.mi.us

# Tax Receipt

| Receipt Number: | 010-2013-171842 | Date: | 08/30/13 |
|---|---|---|---|
| Bundle: | 6079777 | Interest Effective Date: | 08/30/13 |

## Receipt Details:

| Municipality – Parcel ID | Tax Year | Paid Tax | Paid Int & Fees | Paid Total | Due Tax | Due Int & Fees | Due Total |
|---|---|---|---|---|---|---|---|
| 01 – 22038786. | 2010 | $401.13 | $287.54 | $688.67 | $0.00 | $0.00 | $0.00 |
| 9550 HUBBELL | | | | | | | |
| | 2011 | $0.00 | $0.00 | $0.00 | $1,776.76 | $793.44 | $2,570.20 |
| | 2012 | $0.00 | $0.00 | $0.00 | $1,565.66 | $172.23 | $1,737.89 |
| 01 – 22044850.002 | 2010 | $327.84 | $233.49 | $561.33 | $88.59 | $64.42 | $153.01 |
| 13422 COYLE | | | | | | | |
| | 2011 | $0.00 | $0.00 | $0.00 | $2,043.74 | $880.22 | $2,923.96 |
| | 2012 | $0.00 | $0.00 | $0.00 | $2,419.03 | $266.09 | $2,685.12 |
| | | | **Total:** | $1,250.00 | | **Through 09/30/13** | $10,070.18 |
| | | | **Receipt Total:** | $1,250.00 | | | |

**Remarks:**
THERE ARE OUTSTANDING TAXES THAT MAY INITIATE FORECLOSURE

**Summary Information:**
**Date Created:** 08/30/13 01:42:41 PM **Issued By:** 3199
**Date Printed:** 08/30/13 01:42:41 PM **Type:** Counter

Dear Fellow Taxpayer:
Thank you for your payment of property taxes. This payment supports Wayne County, your local community, and other government agencies in providing essential government services. Your payment is really greatly appreciated.

Sincerely,

RAYMOND J. WOJTOWICZ
Wayne County Treasurer

Page 1 of 1

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Thursday, August 31, 2017
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: Stylesbymiles@gmail.com

\*\*\* PLEASE DO NOT RESPOND TO THIS
EMAIL \*\*\*

Thank you for submitting your payment for
eTaxPayments Eric R. Sabree, Treasurer.
This email is to confirm that on Aug-31-2017,
you authorized Wayne County Treasurer's to
debit the bank account listed below on the
scheduled payment date.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000947032 |
| **Confirmation Date (ET):** | Aug-31-2017 01:27:17 PM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $957.27 |

| | |
|---|---|
| **Payment Amount Debited:** | $957.27 |
| **Scheduled Payment Date:** | Aug-31-2017 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or
need assistance, please view the payment
online at http://www.treasurer.
waynecounty.com, or call Customer Service at
(313) 224-5990.

Thank you for using the Wayne County
Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Thursday, August 31, 2017
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: Stylesbymiles@gmail.com

**\*\*\* PLEASE DO NOT RESPOND TO THIS EMAIL \*\*\***

Thank you for submitting your payment for eTaxPayments Eric R. Sabree, Treasurer. This email is to confirm that on Aug-31-2017, you authorized Wayne County Treasurer's to debit the bank account listed below on the scheduled payment date.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000947028 |
| **Confirmation Date (ET):** | Aug-31-2017 01:21:35 PM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $897.29 |

| | |
|---|---|
| **Payment Amount Debited:** | $897.29 |
| **Scheduled Payment Date:** | Aug-31-2017 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or need assistance, please view the payment online at http://www.treasurer.waynecounty.com, or call Customer Service at (313) 224-5990.

Thank you for using the Wayne County Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Thursday, August 31, 2017
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: stylesbymiles@gmail.com

*** PLEASE DO NOT RESPOND TO THIS
EMAIL ***

Your payment submitted on Aug-31-2017 for
eTaxPayments Eric R. Sabree, Treasurer has
now been released for settlement by your
financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT000947032 |
| **Confirmation Date (ET):** | Aug-31-2017 01:27:17 PM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $957.27 |

| | |
|---|---|
| **Payment Amount Debited:** | $957.27 |
| **Scheduled Payment Date:** | Aug-31-2017 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or
need assistance, please view the payment
online at http://www.treasurer.
waynecounty.com, or call Customer Service at
(313) 224-5990.

Thank you for using the Wayne County
Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Tuesday, May 29, 2018
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: Stylesbymiles@gmail.com

*** PLEASE DO NOT RESPOND TO THIS
EMAIL ***

Thank you for submitting your payment for
eTaxPayments Eric R. Sabree, Treasurer.
This email is to confirm that on May-29-2018,
you authorized Wayne County Treasurer's to
debit the bank account listed below on the
scheduled payment date.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT001085256 |
| **Confirmation Date (ET):** | May-29-2018 11:24:52 AM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $766.74 |

| | |
|---|---|
| **Payment Amount Debited:** | $100.00 |
| **Scheduled Payment Date:** | May-29-2018 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or
need assistance, please view the payment
online at http://www.treasurer.
waynecounty.com, or call Customer Service at
(313) 224-5990.

Thank you for using the Wayne County
Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Tuesday, May 29, 2018
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: Stylesbymiles@gmail.com

\*\*\* PLEASE DO NOT RESPOND TO THIS EMAIL \*\*\*

Thank you for submitting your payment for eTaxPayments Eric R. Sabree, Treasurer. This email is to confirm that on May-29-2018, you authorized Wayne County Treasurer's to debit the bank account listed below on the scheduled payment date.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT001085253 |
| **Confirmation Date (ET):** | May-29-2018 11:14:42 AM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $669.46 |

| | |
|---|---|
| **Payment Amount Debited:** | $100.00 |
| **Scheduled Payment Date:** | May-29-2018 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or need assistance, please view the payment online at http://www.treasurer.waynecounty.com, or call Customer Service at (313) 224-5990.

Thank you for using the Wayne County Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Tuesday, May 29, 2018
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: stylesbymiles@gmail.com


*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Your payment submitted on May-29-2018 for eTaxPayments Eric R. Sabree, Treasurer has now been released for settlement by your financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT001085253 |
| **Confirmation Date (ET):** | May-29-2018 11:14:42 AM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $669.46 |

| | |
|---|---|
| **Payment Amount Debited:** | $100.00 |
| **Scheduled Payment Date:** | May-29-2018 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Business |

If you have questions about this payment or need assistance, please view the payment online at http://www.treasurer.waynecounty.com, or call Customer Service at (313) 224-5990.

Thank you for using the Wayne County Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Thursday, January 18, 2018
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: Stylesbymiles@gmail.com

*** PLEASE DO NOT RESPOND TO THIS
EMAIL ***

Thank you for submitting your payment for
eTaxPayments Eric R. Sabree, Treasurer.
This email is to confirm that on Jan-18-2018,
you authorized Wayne County Treasurer's to
debit the bank account listed below on the
scheduled payment date.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT001007947 |
| **Confirmation Date (ET):** | Jan-18-2018 12:57:04 PM |
| **Payer Name:** | Charles Miles |
| **Amount Due:** | $2,658.48 |

| | |
|---|---|
| **Payment Amount Debited:** | $300.00 |
| **Scheduled Payment Date:** | Jan-18-2018 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Consumer |

If you have questions about this payment or
need assistance, please view the payment
online at http://www.treasurer.
waynecounty.com, or call Customer Service at
(313) 224-5990.

Thank you for using the Wayne County
Treasurer's electronic payment system.

---------- Forwarded message ----------
From: noreply@co.wayne.mi.us <noreply@payconnexion.com>
Date: Thursday, January 18, 2018
Subject: Payment Confirmation for eTaxPayments Eric R. Sabree, Treasurer
To: stylesbymiles@gmail.com


*** PLEASE DO NOT RESPOND TO THIS
EMAIL ***

Your payment submitted on Jan-18-2018 for
eTaxPayments Eric R. Sabree, Treasurer has
now been released for settlement by your
financial institution.

| | |
|---|---|
| **Confirmation Number:** | WCTWCT001007940 |
| **Confirmation Date (ET):** | Jan-18-2018 12:48:05 PM |
| **Payer Name:** | Charlie Miles |
| **Amount Due:** | $2,343.30 |

| | |
|---|---|
| **Payment Amount Debited:** | $300.00 |
| **Scheduled Payment Date:** | Jan-18-2018 |

| | |
|---|---|
| **Bank Routing Number:** | 072000326 |
| **Bank Account Number:** | XXXXXXXXXXXXX1050 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Consumer |

If you have questions about this payment or
need assistance, please view the payment
online at http://www.treasurer.
waynecounty.com, or call Customer Service at
(313) 224-5990.

Thank you for using the Wayne County
Treasurer's electronic payment system.

04/03/2024
10:08 AM

Case 2:24-cv-11125-TGB-KGA   ECF No. 1, PageID.22   Filed 04/29/24   Page 22 of 44

DETROIT

Page 4 of
DB: Dettax-21

```
PROPERTY #:     22038786.                SCHOOL:        82010
CLASS:          401                      PRE/MBT%:      0.0000
TAXABLE VAL:    13,753                   SEV:           17600

TAXPAYER:  MILES, CHARLES                MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL


SUMMER TAX INFO                          WINTER TAX INFO
---------------                          ---------------

AD VALOREM TAX    1,059.91               AD VALOREM TA     128.83
SP. ASSMENTS        240.00               SP. ASSMENTS        0.00
ADMIN FEE            10.59               ADMIN FEE:          1.28
INTRST/PNTLY         0.00                INTRST/PNTLY:       5.79
TOTAL             1,310.50               TOTAL:            135.90

08/16/2021        1,310.50  Pd

BALANCE DUE           0.00               BALANCE DUE       135.90


                  TOTAL BALANCE DUE       135.90

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123
```

```
PROPERTY #:     22038786.                   SCHOOL:        82010
CLASS:          401                         PRE/MBT%:      0.0000
TAXABLE VAL:    13,312                       SEV:          13400

TAXPAYER:  MILES, CHARLES                   MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL


SUMMER TAX INFO                     WINTER TAX INFO
---------------                     ---------------
AD VALOREM TAX    1,041.38          AD VALOREM TA    124.97
SP. ASSMENTS       240.00           SP. ASSMENTS:      0.00
ADMIN FEE           10.41           ADMIN FEE:         1.24
INTRST/PNTLY         0.00           INTRST/PNTLY:      0.00
TOTAL            1,291.79           TOTAL:           126.21

08/14/2019         645.90  Pd       01/15/2020       126.21  Pd
01/15/2020         645.89  Pd

BALANCE DUE          0.00           BALANCE DUE        0.00

                   TOTAL BALANCE DUE        0.00

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123
```

```
PROPERTY #:     22038786.              SCHOOL:          82010
CLASS:          401                    PRE/MBT%:        0.0000
TAXABLE VAL:    13,000                 SEV:             13000

TAXPAYER:  MILES, CHARLES              MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL


SUMMER TAX INFO                        WINTER TAX INFO
---------------                        ---------------
AD VALOREM TAX      990.98             AD VALOREM TA      122.06
SP. ASSMENTS       240.00             SP. ASSMENTS:        0.00
ADMIN FEE            9.90              ADMIN FEE:           1.22
INTRST/PNTLY       147.72             INTRST/PNTLY:        5.49
TOTAL            1,388.60             TOTAL:             128.77

02/28/2019       1,000.00  Pd

BALANCE DUE        388.60              BALANCE DUE        128.77

              TOTAL BALANCE DUE      517.37

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123
```

# Thank you for your payment!

The City of Detroit Thanks You for your payment.

| | |
|---|---|
| **Name:** | CHARLES MILES |
| **Address:** | 12900 SANTA CLARA, DETROIT MI, US, 48235 |
| **Contact:** | 3132313622 |
| **Comments:** | |

| | |
|---|---|
| **Payment ID:** | **29174751** |
| **Date:** | 01/12/17 12:13 PM |
| **Subtotal:** | $1555.57 |
| **Fee:** | $38.89 |
| **Total:** | $1594.46 |
| **Method:** | Credit or Debit Card(************4701) |

| Item Purchased | Transaction Description | Account | Amount |
|---|---|---|---|
| Winter Tax Payment | Detroit PropTxPmt | 22038786 | $1,402.55 |
| Full Summer Tax Payment | Detroit PropTxPmt | 22038786 | $153.02 |

**Signature:** _All Rights Reserve_          **Date:** _01 / 12 / 17_

By signing this receipt you agree to the terms and conditions of this service.

You will see two line items on your credit or debit card statement. One line will indicate the amount you paid to the City of Detroit and will read *Detroit PropTxPmt* . If you have any questions about either of these charges please call 1-888-891-6064.

**Print Receipt   Close Window**

Property Address:   **9550 HUBBELL**



# 2023 CITY OF DETROIT

**WINTER TAX BILL**

MAIL PAYMENT TO:
CITY OF DETROIT—PROPERTY TAX
PO BOX 33193
DETROIT MICHIGAN  48232-3193

MILES, CHARLES
9550 HUBBELL ST
DETROIT, MI 48227-2702

**FISCAL YEAR**
CITY - JULY 1 thru JUNE 30      COUNTY - OCT 1 thru SEPT 30
SCHOOL - JULY 1 thru JUNE 30    STATE - OCT 1 thru SEPT 30

| TAXING UNIT | RATE | TAX AMOUNT |
|---|---|---|
| WAYNE COUNTY | 0.9829 | 14.66 |
| W C JAILS | 0.9358 | 13.95 |
| W C PARKS | 0.2442 | 3.64 |
| W C HCMA | 0.2070 | 3.08 |
| W C RESA | 0.0956 | 1.42 |
| W C RESA SP ED | 3.3443 | 49.88 |
| W C COMM COLLEGE | 3.2202 | 48.03 |
| W C ZOO | 0.0992 | 1.47 |
| W C DIA | 0.1986 | 2.96 |

**IMPORTANT INFORMATION—SEE REVERSE SIDE.**

PARCEL #                                      22038786.

SCHOOL DISTRICT                               82010
SEV                                           24,000
TAXABLE VALUE                                 14,916
PRE/MBT %
PROP CLASS                     RESIDENTIAL IMPROVED
TIF DISTRICT
LENDER

PARTIAL PROPERTY DESCRIPTION
FOR COMPLETE PROPERTY DESCRIPTION, SEE ASSESSMENT ROLL AT ASSESSOR'S OFFICE
E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568
40 X 123

| | | |
|---|---|---|
| Total Winter Rate | 9.3278 | |
| Total Winter Taxes | | 139.09 |
| Admin Fee | | 1.39 |
| Total Winter Due | | 140.48 |
| Summer Tax Balance | | 694.13 |
| Summer Interest Balance | | 0.00 |
| Summer Penalty Balance | | 0.00 |
| Summer Total Balance | | 694.13 |
| **TOTAL DUE** | | **834.61** |

• WINTER TAXES PAYABLE IN FULL  DECEMBER 1, 2023- JANUARY 15, 2024
WITHOUT INTEREST AND PENALTY.

• SUMMER 2ND PAYMENT IS DUE JANUARY 15, 2024 WITHOUT INTEREST
AND PENALTY.

RETAIN THIS TOP PORTION FOR YOUR RECORDS.  YOUR CANCELLED
CHECK IS YOUR RECEIPT.

---

**2023 WINTER PROPERTY TAX  —  RETURN THIS PORTION WITH YOUR PAYMENT**



# 2023 CITY OF DETROIT

**WINTER TAX BILL**

MAIL PAYMENT TO:
CITY OF DETROIT—PROPERTY TAX
PO BOX 33193
DETROIT MICHIGAN  48232-3193

| | |
|---|---|
| PARCEL # | 22038786. |
| TOTAL DUE | 834.61 |
| TAX PAID | |
| DUE DATE | January 15, 2024 |

00002023010003319300002203878610000003000008346 13


Scan here
to make your payment
on a DivDat Kiosk.

*******AUTO**5-DIGIT 48227  617/1/12   0213345
MILES, CHARLES
9550 HUBBELL ST
DETROIT, MI 48227-2702



Property Address:   **9550 HUBBELL**

# Payment Confirmation



City of Detroit
PO Box 33193, Detroit, MI 48232
(313) 224-3560

**Date:** 12/19/2023 11:14 PM
**Payment Method:** eCheck 1050
**Payment Confirm ID:** 6691441
**Payment Auth No:** AUTH
**Location:** WEB

**Parcel ID:** 22038786.
**Summer 2023:** $694.13
**Winter 2023:** $140.48
**Total Payment:** $834.61

04/03/2024
12:16 PM

Case 2:24-cv-11125-TGB-KGA   ECF No. 1, PageID.28   Filed 04/29/24   Page 28 of 44

DETROIT

Page: 1/1
DB: Dettax-23

```
PROPERTY #:     22038786.              SCHOOL:        82010
CLASS:          401                    PRE/MBT%:      0.0000
TAXABLE VAL:    14,916                 SEV:           24000

TAXPAYER:  MILES, CHARLES              MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL
```

```
SUMMER TAX INFO                        WINTER TAX INFO
---------------                        ---------------
AD VALOREM TAX    1,136.90             AD VALOREM TA     139.09
SP. ASSMENTS        240.00             SP. ASSMENTS:       0.00
ADMIN FEE            11.36             ADMIN FEE:          1.39
INTRST/PNTLY         0.00              INTRST/PNTLY:       0.00
TOTAL             1,388.26             TOTAL:            140.48

08/15/2023          694.13  Pd         12/19/2023        140.48  Pd
12/19/2023          694.13  Pd

BALANCE DUE           0.00             BALANCE DUE         0.00

                TOTAL BALANCE DUE          0.00
```

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123



**Office of the Treasury**

City of Detroit
PO Box 33193, Detroit, MI 48232
(313) 224-3560
www.detroitmi.gov

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Date:                                    12/28/2020
Payment Method:                              Cash
Payment Confirm ID:                       4139344
Payment Auth No:                       20104139344

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Parcel ID:                              22038786
Total Payment:                           $656.00
Summer 2020:                             $656.00

Thank you for your payment.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

04/03/2024
10:08 AM
Case 2:24-cv-11125-TGB-KGA   ECF No. 1   PageID.30   Filed 04/29/24   Page 30 of 44
DETROIT
Page: 1/1
DB: Dettax-21

PROPERTY #:    22038786.
CLASS:         401
TAXABLE VAL:   13,753

SCHOOL:        82010
PRE/MBT%:      0.0000
SEV:           17600

TAXPAYER:  MILES, CHARLES
           9550 HUBBELL
           DETROIT MI 48227

MORTGAGE CODE:

PROP ADDRESS: 9550 HUBBELL

SUMMER TAX INFO
---------------
AD VALOREM TAX    1,059.91
SP. ASSMENTS        240.00
ADMIN FEE            10.59
INTRST/PNTLY         0.00
TOTAL             1,310.50

WINTER TAX INFO
---------------
AD VALOREM TA       128.83
SP. ASSMENTS:         0.00
ADMIN FEE:            1.28
INTRST/PNTLY:         5.79
TOTAL:              135.90

08/16/2021    1,310.50  Pd

BALANCE DUE         0.00

BALANCE DUE         135.90

TOTAL BALANCE DUE    135.90

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123

```
PROPERTY #:    22038786.                SCHOOL:        82010
CLASS:         401                      PRE/MBT%:      0.0000
TAXABLE VAL:   13,312                   SEV:           13400

TAXPAYER:  MILES, CHARLES
           9550 HUBBELL                 MORTGAGE CODE:
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL
```

```
SUMMER TAX INFO                         WINTER TAX INFO
---------------                         ---------------
AD VALOREM TAX   1,041.38               AD VALOREM TA    124.97
SP. ASSMENTS      240.00                SP. ASSMENTS:      0.00
ADMIN FEE          10.41                ADMIN FEE:         1.24
INTRST/PNTLY        0.00                INTRST/PNTLY:      0.00
TOTAL           1,291.79                TOTAL:           126.21

08/14/2019        645.90  Pd            01/15/2020       126.21  Pd
01/15/2020        645.89  Pd

BALANCE DUE         0.00                BALANCE DUE        0.00

              TOTAL BALANCE DUE            0.00
```

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123

```
PROPERTY #:      22038786.                    SCHOOL:        82010
CLASS:           401                          PRE/MBT%:      0.0000
TAXABLE VAL:     13,000                       SEV:           13000

TAXPAYER:  MILES, CHARLES                     MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL


SUMMER TAX INFO                               WINTER TAX INFO
---------------                               ---------------
AD VALOREM TAX      990.98                    AD VALOREM TA     122.06
SP. ASSMENTS       240.00                     SP. ASSMENTS:       0.00
ADMIN FEE            9.90                      ADMIN FEE:          1.22
INTRST/PNTLY       147.72                     INTRST/PNTLY:       5.49
TOTAL            1,388.60                     TOTAL:            128.77

02/28/2019       1,000.00  Pd

BALANCE DUE        388.60                     BALANCE DUE       128.77

                      TOTAL BALANCE DUE       517.37

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123
```

# Thank you for your payment!

The City of Detroit Thanks You for your payment.

| | |
|---|---|
| **Name:** | CHARLES MILES |
| **Address:** | 12900 SANTA CLARA, DETROIT MI, US. 48235 |
| **Contact:** | 3132313622 |
| **Comments:** | |

| | |
|---|---|
| **Payment ID:** | 29174751 |
| **Date:** | 01/12/17 12:13 PM |
| **Subtotal:** | $1555.57 |
| **Fee:** | $38.89 |
| **Total:** | $1594.46 |
| **Method:** | Credit or Debit Card(***********4701) |

| Item Purchased | Transaction Description | Account | Amount |
|---|---|---|---|
| Winter Tax Payment | Detroit PropTxPmt | 22038786 | $1,402.55 |
| Full Summer Tax Payment | Detroit PropTxPmt | 22038786 | $153.02 |

Signature: _____ all Rights Reserve    Date: 01 / 12 / 17

By signing this receipt you agree to the terms and conditions of this service.

You will see two line items on your credit or debit card statement. One line will indicate the amount you paid to the City of Detroit and will read *Detroit PropTxPmt* . If you have any questions about either of these charges please call 1-888-891-6064.

**Print Receipt    Close Window**

```
PROPERTY #:     22038786.                  SCHOOL:            D
CLASS:          401                        PRE/MBT%:     0.0000
TAXABLE VAL:    13,300                     SEV:          13300

TAXPAYER:  MILES, CHARLES                  MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL


SUMMER TAX INFO                            WINTER TAX INFO
---------------                           ---------------
AD VALOREM TAX    1,020.05                 AD VALOREM TA     151.51
SP. ASSMENTS       240.00                  SP. ASSMENTS:       0.00
ADMIN FEE           10.20                  ADMIN FEE:          1.51
INTRST/PNTLY       149.14                  INTRST/PNTLY:       0.00
TOTAL            1,419.39                  TOTAL:            153.02

01/12/2017        153.02  Pd               01/12/2017      1,402.55  Pd
                                           04/16/2018     -1,249.53  Pd


BALANCE DUE      1,266.37                  BALANCE DUE         0.00

              TOTAL BALANCE DUE       1,266.37


LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123
```

```
PROPERTY #:     22038786.              SCHOOL:            D
CLASS:          401                    PRE/MBT%:    100.0000
TAXABLE VAL:    15,700                 SEV:             15700

TAXPAYER:  MILES, CHARLES              MORTGAGE CODE:
           9550 HUBBELL
           DETROIT MI 48227

PROP ADDRESS: 9550 HUBBELL
```

```
SUMMER TAX INFO                        WINTER TAX INFO
---------------                        ---------------
AD VALOREM TAX       937.85            AD VALOREM TA       147.44
SP. ASSMENTS        240.00             SP. ASSMENTS:         0.00
ADMIN FEE             9.37             ADMIN FEE:            1.47
INTRST/PNTLY        141.34             INTRST/PNTLY:         6.63
TOTAL             1,328.56             TOTAL:              155.54

02/26/2016        1,328.56  Pd         02/26/2016          155.54  Pd
03/15/2016       -1,328.56  Pd         03/15/2016         -155.54  Pd

BALANCE DUE       1,328.56             BALANCE DUE         155.54
```

```
               TOTAL BALANCE DUE       1,484.10
```

LEGAL DESCRIPTION

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123

**Property Address:**  **9550 HUBBELL**          Ad Valorem



**CITY OF DETROIT**

## 2019  CITY OF DETROIT

**WINTER TAX BILL**

PAYABLE TO:
CITY OF DETROIT - PROPERTY TAX
PO BOX 33193
DETROIT MI 48232-3193

MILES, CHARLES
9550 HUBBELL
DETROIT MI 48227

| TAXING UNITS | RATE | TAX AMOUNT |
|---|---|---|
| WAYNE COUNTY | 0.9897 | 13.17 |
| W C JAILS | 0.9381 | 12.48 |
| W C PARKS | 0.2459 | 3.27 |
| W C HCMA | 0.2117 | 2.81 |
| W C RESA | 0.0965 | 1.28 |
| W C RESA SP ED | 3.3678 | 44.83 |
| W C COMM COLLEGE | 3.2408 | 43.14 |
| W C ZOO | 0.1000 | 1.33 |
| W C DIA | 0.2000 | 2.66 |

**IMPORTANT INFORMATION - SEE REVERSE SIDE**

| | |
|---|---|
| PARCEL # | 22038786. |
| Bill No. | 180618 |
| School District | |
| SEV | 13,400 |
| Taxable Value: | 13,312 |
| PRE/MBT% | .0000% |
| Prop Class | 401-RESIDENTIAL |
| TIF Dist | |

**PARTIAL PROPERTY DESCRIPTION**
FOR COMPLETE PROPERTY DESCRIPTION, SEE ASSESSMENT ROLL AT ASSESSOR'S OFFICE

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R 22/568 40 X 123

| | |
|---|---|
| **Total Winter Rate** | **9.3905** |
| Winter Taxes | 124.97 |
| Winter Special Fees | |
| Winter Admin Fee | 1.24 |
| **Winter Total Balance** | **126.21** |
| Summer Tax Balance | 645.89 |
| | 0.00 |
| | 0.00 |
| | **0.00** |
| **TOTAL DUE** | **772.10** |

* WINTER TAXES PAYABLE IN FULL DECEMBER 1, 2019 - JANUARY 15, 2020 WITHOUT INTEREST AND PENALTY.

* SUMMER 2ND PAYMENT IS DUE JANUARY 15, 2020 WITHOUT INTEREST AND PENALTY.

**IMPORTANT INFORMATION - SEE REVERSE SIDE**

Pay using the DIVDAT mobile app.
Visit your app store to download for free.

2019 WINTER PROPERTY TAX - RETURN LOWER PORTION WITH YOUR REMITTANCE

## 2008 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**

CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

PARCEL #      22038786.

TOTAL DUE     $1,408.84

AMOUNT PAID

**Please Note:** **This bill is for 2008 only.  Prior years, unpaid taxes/fees are billed separately.**
**Make checks payable to:  Treasurer, City of Detroit**

1,408.84 BALANCE DUE 01/31/2009

Partial Legal Description:
   E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R
   22/568 40 X 123

**Property Address: 9550 HUBBELL**

MILES, CHARLES
9550 HUBBELL
DETROIT MI 48227

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 33.18 |
| W C JAILS | 0.93810 | 31.45 |
| W C PARKS | 0.24590 | 8.24 |
| W C HCMA | 0.21460 | 7.19 |
| W C RESA | 0.09650 | 3.23 |
| W C RESA SP ED | 3.36780 | 112.92 |
| W C COMM COLLEGE | 2.47690 | 83.05 |
| W C ZOO | 0.10000 | 3.35 |
| Winter Mills/Tax | 8.42950 | 282.61 |
| Admin Fee | | 2.82 |
| Interest | | 2.83 |
| Penalty | | 5.65 |
| Total | | 293.91 |
| Summer Tax Balance | | 1,009.66 |
| Summer Interest Balance | | 35.09 |
| Summer Penalty Balance | | 70.18 |

| | |
|---|---|
| Taxable Value: | 33,531 |
| State Equalized Value: | 43,675 |
| School District: | |
| Property Class: | RESIDENTIAL REAL |
| Special Classification: | |
| P.R.E./M.B.T: | 100.0000 % |

(For additional information on
principal residence, see back of bill)
Mortgage Co:   COUNTRYWIDE TAX SERVICES

**NOTICE:**
The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax(800-272-9829) code #3279. The credit
card processor charges a three percent (3%)
convenience fee for this service.

Payments must be received on or before the due date.
Postmark dates are not recognized as the date
received.

## INFORMATION

The 2008 Summer bill was payable in full by August 31, 2008 or in two payments with the 1st payment due on or before August 15, 2008 and the 2nd payment due on or before January 15, 2009 respectively, without penalty and interest. Winter bills were mailed in December 2008 and are due by January 15, 2009.

**in compliance with State of Michigan Public Act 357, the summer tax bill contained all of the Wayne County operating millage tax. Therefore, only the County non-operating millage taxes (Jails, Parks, Community College etc.) are billed on this December (winter) bill.**

Amounts not paid after the due date are subject to interest at the rate of 1/2 of 1 percent per month and a penalty of 1 percent per month from the assessment dates of July 1, 2008 and December 1, 2008 respectively. Any unpaid summer balances are reflected on this bill.

If paying by mail, please write the parcel number on the check or money order, attach the payment coupon and mail both in the enclosed blue envelope to:

Department #268301
City of Detroit - Property Tax
PO Box 55000
Detroit MI 48255-2683

Tax/Fees Information: (313)224-3560 or (313)224-4087
Website: http://www.detroitmi.gov/fintreasury

## PRINCIPAL RESIDENCE EXEMPTION

The State of Michigan provides an exemption from a portion of the property tax bill for a taxpayer's primary residence. It is a violation of this law to have more than one principal residence exemption. To claim the exemption, please bring proof of ownership and proof of occupancy (Driver's License/Voter Registration Card) to the Assessor's Office, Coleman A Young Municipal Center, Room# 804

## DELINQUENT WATER/SEWER AMOUNT

Pursuant to the Municipal Water Lien Act (MCL 123.161) the City of Detroit has placed delinquent water/sewer amounts (from June, 2007 through May, 2008) on this tax bill, where applicable.

## RESPONSIBILITY FOR TIMELY PAYMENT

It is the responsibility of the taxpayer to pay their property taxes either before or on the due date, whether they receive a tax bill or not. All payments received after the due date shall be charged interest and penalties on their property taxes. Postmark dates for payments are not recognized as the date received by the City of Detroit.

*Assessors office*
*Room 804*
*city of Detroit*

## RESPONSIBILITY FOR TAX COLLECTION

**In compliance with State of Michigan Public Act 246 of 2003, all real property taxes not paid in full by February 28, 2009, shall be transferred to Wayne County Treasurer's Office for collection. Such unpaid property taxes are subject to the Wayne County foreclosure process. This act also requires collection of all Wayne County (current year) taxes by the City of Detroit.**

## PAYMENT LOCATIONS

This bill may be paid in person at any of the following locations:

Coleman A Young Municipal Center, Room# 154

Comerica Bank

J P Morgan Chase Bank

STA003 OPER:0014 BATCH:1420 SEQ:00027 2008
EC:01/27/09 10:19 POST: 01/28/09 ACT: 01/27/09

CITY OF DETROIT TREASURER
D22038786 .       AmountPaid:      1,408.84
ash: $1,408.84        Check $0.00
otal Paid: $1,408.84

# 2016 CITY OF DETROIT

**CITY, COUNTY, SCHOOL TAX/FEES BILL**
DEPARTMENT 268301
CITY OF DETROIT - PROPERTY TAX
PO BOX 55000
DETROIT MI 48255-2683

| PARCEL # | 22038786. |
|---|---|
| TOTAL DUE | $1,555.57 |

AMOUNT PAID

**Please Note:** This bill is for 2016 only.  Prior years unpaid taxes/fees are billed separately.
Make checks payable to:  Treasurer, City of Detroit

1,402.55 SUMMER DELINQUENT DUE 01/31/2017
153.02 WINTER BALANCE DUE 01/15/2017

MILES, CHARLES
9550 HUBBELL
DETROIT MI 48227

**Property Address: 9550 HUBBELL**

Partial Legal Description:
E HUBBELL 99 CHURCHILL PARK SUB L50 P52 PLATS, W
C R 22/568 40 X 123

| DESCRIPTION | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.9897 | 13.16 |
| W C JAILS | 0.9381 | 12.47 |
| W C PARKS | 0.2459 | 3.27 |
| W C HCMA | 0.2146 | 2.85 |
| W C RESA | 0.0965 | 1.28 |
| W C RESA SP ED | 3.3678 | 44.79 |
| W C RESA ENH | 2.0000 | 26.60 |
| W C COMM COLLEGE | 3.2408 | 43.10 |
| W C ZOO | 0.1000 | 1.33 |
| W C DIA | 0.2000 | 2.66 |
| Winter Mills/Tax | 11.3934 | 151.51 |
| Admin Fee | | 1.51 |
| Total | | 153.02 |
| Summer Tax Balance | | 1,270.25 |
| Summer Interest Balance | | 44.10 |
| Summer Penalty Balance | | 88.20 |
| Summer Total Balance | | 1,402.55 |
| **TOTAL DUE:** | | **$1,555.57** |

| Taxable Value: | 13,300 |
|---|---|
| State Equalized Value: | 13,300 |
| School District: | DETROIT SCHOOL |
| Property Class: | 401-RESIDENTIAL |
| Special Classification: | |
| P.R.E/M.B.T: | .0000 |

(For additional information on principal
residence, see back of bill

*NOTICE:*

All special fees are immediately due and payable upon billing and are
included in the total amount due. If you are making a 1st & 2nd summer
payment, please note that all special fees are included respectively to the
1st & 2nd payments.
Current amounts due may be paid at http://www.detroitmi.gov/fintreasury
or by calling 1-855-894-2400. The credit card processor charges a 2.5
percent (2.5%) convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext #1.
The City of Detroit, Treasury Division will no longer mail property tax
payment receipts back to the taxpayer. The taxpayer's canceled check or
money order will be accepted as proof of payment.
If your mailing address is incorrect, please call the Assessor's Office at
(313)224-3035.

## INFORMATION

The 2016 Summer bill is payable in full by August 31, 2016 or the bill may be paid in two payments with the 1st payment due on or before August 15, 2016 and the 2nd payment due on or before January 15, 2017 without penalty and interest. Winter bills are mailed in December 2016 and are due by January 15, 2017.

Amounts not paid after the due date are subject to interest at the rate of 1/2 of 1 percent per month and a penalty of 1 percent per month from the assessment dates of July 1, 2016 and December 1, 2016, respectively.

If paying by mail, please DO NOT SEND CASH and write the parcel number on the check or money order. Please enclose both the payment and bottom section of this bill in the provided blue envelope to the address below. Failing to include the bottom section may delay processing.

Department 268301
City of Detroit - Property Tax
PO Box 55000
Detroit, MI 48255-2683
Tax/Fees Information: (313)224-3560
Website: www.detroitmi.gov/fintreasury

Do not include additional items with payment. The City of Detroit is not responsible for any additional items sent with the payment.

## PRINCIPAL RESIDENCE EXEMPTION (PRE)

The State of Michigan provides an exemption from a portion of the property tax bill for a taxpayer's primary residence. It is a violation of this law to have more than one principal residence exemption. To claim the exemption, please provide proof of ownership and proof of occupancy (Driver's License/ Voter Registration card) to the Assessor's Office, Coleman A. Young Municipal Center, Room 804.

## DELINQUENT WATER/SEWER AMOUNT

Pursuant to the Municipal Water Lien Act (MCL 123.161) the City of Detroit has placed delinquent water/sewer amounts (from November, 2014 through March, 2016) on this tax bill, where applicable.

## RESPONSIBILITY FOR TIMELY PAYMENT

It is the responsibility of the taxpayer to pay their property taxes on or before the due date, whether they receive a tax bill or not. All payments received after the due date shall cause interest and penalties to be added to the amount of property taxes owed. The City of Detroit does not recognize postmark dates or dates on checks when considering whether payment is timely. Mailed payments are processed through Comerica Bank and must be received at the P.O. Box by the due date.

## RESPONSIBILITY FOR TAX COLLECTION

In compliance with State of Michigan Public Act 246 of 2003, all real property taxes not paid in full by February 28, 2017, shall be transferred to Wayne County Treasurer's Office for collection. Such unpaid property taxes are subject to the Wayne County foreclosure process. This act also requires collection of all Wayne County 2016 taxes by the City of Detroit.

## PAYMENT LOCATIONS

This bill may be paid in person at any of the following locations:

Comerica Bank

Coleman A. Young Municipal Center, Room 154

## CHANGE OF ADDRESS

If your current mailing address on the front of the bill is incorrect, call the Assessor's Office at (313)224-3035.

DEPARTMENT 268301
CITY OF DETROIT- PROPERTY TAX
PO BOX 55000
DETROIT, MICHIGAN 48255-2683

**TOTAL DUE**     **$1,484.10**

**AMOUNT PAID**     `1484 10`

**Please Note:** This bill is for **2015**only. Prior years, unpaid taxes/fees are billed separately.
Make checks payable to: **Treasurer, City of Detroit**

1,484.10 BALANCE DUE 02/29/2016

Partial Legal Description:

E HUBBELL 98 CHURCHILL PARK SUB L50 P52 PLATS, W C R
22/568 40 X 123

MILES, CHARLES
9550 HUBBELL
DETROIT MI 48227

**Property Address: 9550 HUBBELL**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 15.53 |
| W C JAILS | 0.93810 | 14.72 |
| W C PARKS | 0.24590 | 3.86 |
| W C HCMA | 0.21460 | 3.36 |
| W C RESA | 0.09650 | 1.51 |
| W C RESA SP ED | 3.36780 | 52.87 |
| W C COMM COLLEGE | 3.24080 | 50.88 |
| W C ZOO | 0.10000 | 1.57 |
| W C DIA | 0.20000 | 3.14 |
| Winter Mills/Tax | 9.39340 | 147.44 |

| | |
|---|---|
| Admin Fee | 1.47 |
| Interest | 2.21 |
| Penalty | 4.42 |
| Total | 155.54 |

| | |
|---|---|
| Summer Tax Balance | 1,187.22 |
| Summer Interest Balance | 47.11 |
| Summer Penalty Balance | 94.23 |
| Summer Total Balance | 1,328.56 |
| **TOTAL DUE:** | **$1,484.10** |

| | |
|---|---|
| Taxable Value: | 15,700 |
| State Equalized Value: | 15,700 |
| School District: | DETROIT SCHOOL |
| Property Class: | 401-RESIDENTIAL |
| Classification: | AD VALOREM |
| P.R.E./M.B.T: | 100.000 |

(For additional information on principal residence, see back of bill)

**NOTICE:**
If a 2015 July Board of Review correction was made, it should be reflected in the "Summer Total Balance".
The current amount due may be paid at http://www.detroitmi.gov/fintreasury or by calling 1-855-894-2400. The credit card processor charges a 2.5 percent (2.5%) convenience fee for this service. For help in making a credit card payment, please call 1-888-891-6064 ext#1.
Payments received after 11/06/2015 may not be reflected on this statement. The taxpayer's canceled check or money order will be accepted as proof of payment.

**INFORMATION**

The 2015 Summer bill was payable in full by August 31,2015 or the bill may be paid in two payments with the 1st payment due on or before August 17, 2015 and the 2nd payment due on or before January 15, 2016 respectively, without penalty and interest. Winter bills were mailed in December of 2015 and are due by January 15, 2016.

Amounts not paid after the due date are subject to interest at the rate of 1/2 of 1 percent per month and a penalty of 1 percent per month from the assessment dates of July 1, 2015 and December 1, 2015 respectively. Any unpaid summer balances are reflected on this bill.

If paying by mail, please DO NOT SEND CASH and write the parcel number on the check or money order.  Please enclose both the payment and bottom section of this bill in the provided blue envelope to:

Department #268301
City of Detroit - Property Tax
PO Box 55000
Detroit MI  48255-2685

Tax/Fees Information: (313)224-3560
Website: http://www.detroitmi.gov/fintreasury

Do not include addtional items with payment. The City of Detroit is not responsible for any additional items sent with the payment.

On March 1st, unpaid taxes from 2014 were turned over to the County for collection. As of 11/10/15 they were not fully paid. Contact the County Treasurer at (313) 224-5990 or taxinfo@waynecounty.com

STA001 OPER:0008 BATCH:1677 SEQ:00171 2015
REC:02/26/16 POST: 02/29/16 ACT: 02/26/16

CITY OF DETROIT TREASURER
ID 22038786.      Amount Paid:     1,484.10
Cash: $0.00           Check $4,809.22
Charge: $0.00
Total Paid: $4,809.22

**PRINCIPAL RESIDENCE EXEMPTION**

The State of Michigan provides an exemption from a portion of the property tax bill for a taxpayer's primary residence. It is a violation of this law to have more than one principal residence exemption. To claim the exemption, please bring proof of ownership and proof of occupancy (Driver's License/Voter Registration Card) to the Assessor's Office, Coleman A Young Municipal Center, Room# 804.

**DELINQUENT WATER/SEWER AMOUNT**

Pursuant to the Municipal Water Lien Act (MCL 123.161) the City of Detroit has placed delinquent water/sewer amounts (from June, 2014 through May, 2015) on this tax bill, where applicable.

**RESPONSIBILITY FOR TIMELY PAYMENT**

It is the responsibility of the taxpayer to pay their property taxes either before or on the due date, whether they receive a tax bill or not. All payments received after the due date shall be charged interest and penalties on their property taxes. Postmark dates for payments are not recognized as the date received by the City of Detroit.  The date on the check received by the City of Detroit will not be recognized as the payment date.

**RESPONSIBILITY FOR TAX COLLECTION**

In compliance with State of Michigan Public Act 246 of 2003, all real property taxes not paid in full by February 29, 2016, shall be transferred to Wayne County Treasurer's Office for collection. Such unpaid property taxes are subject to the Wayne County foreclosure process. This act also requires collection of all Wayne County (current year) taxes by the City of Detroit.

**PAYMENT LOCATIONS**

This bill may be paid in person at any of the following locations:

Coleman A Young Municipal Center, Room# 154

Comerica Bank

**CHANGE OF ADDRESS**

If your current mailing address on the front of this bill is incorrect, call the Assessor's Office at (313) 224-3035

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT
MICHIGAN

Charles Miles,

      Plaintiff,

v.

Detroit Treasure Department et, al,

Wayne County Treasure Office et, al,

      Defendant(s),

> Case: 2:24-cv-11125
> Assigned To : Berg, Terrence G.
> Referral Judge: Altman, Kimberly G.
> Assign. Date : 4/29/2024
> Description: CMP MILES v WAYNE
> COUNTY TREASURE OFFICE ET AL (JP)

## **PROOF OF SERVICE**:

Dear Clerk of The Court,

    Please be advised that the plaintiff did personally deliver the original complaint, plus 2 copies to this honorable court, along with exhibits. The plaintiff also attached a money order for the amount of $425.00, which is the filing fee payment, and jury demand payment of $75.00. The plaintiff hand delivered this to the Clerk's office on April 29, 2024; at the United States Federal Court house located @ 231 W Lafayette Blvd, Detroit, Michigan.

Respectfully submitted,
Charles Miles
12900 Santa Clara
Detroit, Michigan 48235

Dated April 28, 2024.

**CIVIL COVER SHEET**

Case: 2:24-cv-11125-TGB-KGA
Assigned To : Berg, Terrence G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/29/2024
Description: CMP MILES v WAYNE
COUNTY TREASURE OFFICE ET AL (JP)

ce nor supplement the filing and service of pleadings or other papers as required by law, except as
nce of the United States in September 1974, is required for the use of the Clerk of Court for the
GE OF THIS FORM.)

**DEFENDANTS** WAYNE COUNTY TREASURE OFFICE ET AL, DETROIT TREASURE DEPARTMENT ET, AL

**(b)** County of Residence of First Listed Plaintiff CHARLES MILES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO-SE 12900 SANTA CLARA ST
DETROIT MI 48235

Attorneys *(If Known)*
2ND WOODWARD AVE. DETROIT, MI 48226

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane — 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability — 367 Health Care/ | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander — Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability — 368 Asbestos Personal Injury Product Liability | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| | | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle — **PERSONAL PROPERTY** 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability — 371 Truth in Lending | 710 Fair Labor Standards Act | | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 360 Other Personal Injury — 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice — 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | [X] 440 Other Civil Rights — **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting — 463 Alien Detainee | | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment — 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations — 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities – Employment — 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other — **Other:** 540 Mandamus & Other | **IMMIGRATION** | | |
| | 448 Education — 550 Civil Rights | 462 Naturalization Application | | |
| | 555 Prison Condition | 465 Other Immigration Actions | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

440

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
14TH Amendment title XI, 42, U.S.C. 1983
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ YES
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____