# INDEX OF EXHIBITS

A. Michigan Department of Treasury Principal Residence Exemption Guidelines

B. Principal Residence Exemption Denials by the Michigan Department of Treasury Frequently Asked Questions

C. Michigan Department of Treasury documents confirming denial of Principal Residence Exemption for 2013, 2014, 2015 and 2016, and denying request for informal conference

D. Michigan Tax Tribunal documents confirming dismissal of Plaintiff's appeal re denial of Principal Residence Exemptions

E. E-mail correspondence between City Treasurer Nikhil Patel and Plaintiff relating to property tax issues