# EXHIBIT C



**STATE OF MICHIGAN**
**DEPARTMENT OF TREASURY**
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

CHARLES MILES
9550 HUBBELL STREET
DETROIT, MI 48227-2702

RE: DENIAL OF PRINCIPAL RESIDENCE EXEMPTION
Parcel Address: 9550 HUBBELL STREET, DETROIT, MI 48227
PRE Unit File Number: 2016-AP-1057
Appeal File Number: 20190724

| TAX YEAR | PARCEL NO. |
|---|---|
| 2013 | 22038786. |
| 2014 | 22038786. |
| 2015 | 22038786. |
| 2016 | 22038786. |

## DENIAL OF REQUEST FOR INFORMAL CONFERENCE

We have received your e-mail on April 17, 2019, in which you requested an informal conference. Your request for an informal conference is denied as untimely. A request for an informal conference must be made to the Michigan Department of Treasury within 35 days after your receipt of the Department's denial of the principal residence exemption claim notice on the above parcel.

This is the Department's final decision in this matter under MCL 211.7cc(8) of the General Property Tax Act. If you disagree with all or a part of this decision, you may file your petition with the small claims division of the Michigan Tax Tribunal, P.O. Box 30232, Lansing, Michigan 48909 (telephone number: 517-335-9760) within 35 days of this decision in accordance with MCL 211.7cc(13).

If you have any questions about your future eligibility for the principal residence exemption, you should contact your local assessor.

Date: APR 26 2019

Sincerely,

*Michael A. Eschelbach*

Michael A. Eschelbach, Director
Bureau of Tax Policy

cc: Chris Mida, PRE Unit

DEPT OF TREASURY • BUREAU OF TAX POLICY • 430 WEST ALLEGAN STREET • LANSING, MICHIGAN 48922
www.michigan.gov/treasuryhearings • (517) 373-3210 • (517) 241-3825 fax