# EXHIBIT E

| | |
|---|---|
| **From:** | Nikhil Patel |
| **Sent:** | Thursday, April 4, 2024 4:39 PM |
| **To:** | Charlie Miles |
| **Cc:** | Valerie Agolli; Willie Donwell; LaDawna Johnson |
| **Subject:** | Final follow-up on 9550 Hubbel and |
| **Attachments:** | PREDENIAL22038786.pdf; RE: [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question; RE: [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question; 6463 Evergreen - Tax Year 2018.pdf; 6463 Evergreen - Tax Year 2021.pdf; 6463 Evergreen - Tax Year 2017.pdf; 9550 Hubbell - Tax Year 2016.pdf; 9550 Hubbell - Tax Year 2017.pdf; 9550 Hubbell - Tax Year 2021.pdf; 9550 Hubbell - Wayne County Delinquent Property Tax Due .jpg; 6463 Evergreen - Wayne County Delinquent Property Tax Due .jpg |

Mr. Miles,

We have provided you with similar information and guidance multiple times each year over the past decade. Here is the summary:

1. The reason why the 2016 base tax amount for 9550 Hubbel is higher than what was originally billed is because your Principal Residence Exemption (PRE) was removed from this property. This adjustment was made in 2016 and eventually sent over to the county because the tax bill became delinquent. This delinquent amount is not new as you've been aware of it since 2017. You received a final notification on this in 2019; attached is the letter you received from the State of Michigan on April 26th , 2019 (file labelled "PREDENIAL22038786").

    a. When a PRE is removed it increases the tax liability on the property. State law allows homeowners to only have one property with a P.R.E, which can be found on one of your other properties. The P.R.E. audit process is performed by the City of Detroit Office of the Assessor.

    b. The P.R.E. adjustment was not reflected on your original bill has – which I have attached for 2016 – because it was adjusted after the bills were mailed out.

    c. Because the P.R.E was removed from this property, it added an additional $1435.04 to your base tax. This was also transferred over to the county for delinquent collection.

    d. To further clarify, your original total tax bill in 2016 was $1572.41 ( $1419.39 Summer Tax + $153.02 Winter Tax). The removal of the PRE in 2016 increased your tax liability added $1435.04, bringing the total tax bill for 2016 to $3,007.45. You made a payment totaling $306.04 on January 12th, 2017, on this tax bill. This left an outstanding amount of **$2,701.41,** which is exactly the amount shown as the base tax transferred over the Wayne County for 2016.

    e. On April 18th, 2018, you paid $1,249.53 at the county for this parcel, leaving an outstanding base tax amount of **$1451.88** ($2,701.41 minus $1,249.53). This is what you see on the county website (also attached)

    i.

| Property Address | Taxpayer(s) | | | |
|---|---|---|---|---|
| | MILES, CHARLES | | | |
| 9550 HUBBELL, DETROIT MI 48227 | | | | |

| Tax Year | Tax | Interest & Fees | Amount Due | Status |
|---|---|---|---|---|
| 2016 | $1,451.88 | $2,231.23 | $3,683.11 | ❷ SUBJECT TO FORECLOSURE |

2. You are responsible for resolving the outstanding tax liabilities for both 9550 Hubbell (Parcel ID: 22038786.) and 6463 Evergreen (Parcel ID: 22097205-6). You need to either make full payments or

set-up a payment plan through Wayne County. The County manages all foreclosure processes on properties that have delinquent taxes. **As we have informed you, I highly recommend working with the as soon as possible to begin clearing these items up. I cannot emphasize this enough as being the best next step you need to take.**

3. Attached please find our past recent correspondence along with the tax liability statements for each parcel.

Thank you,
Nikhil

**Nikhil Patel**
Treasurer / Deputy CFO
Office of the Chief Financial Officer
City of Detroit | Mayor Michael E. Duggan
LinkedIn | nikhil.patel@detroitmi.gov



GRETCHEN WHITMER
GOVERNOR

DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

CHARLES MILES
9550 HUBBELL STREET
DETROIT, MI 48227-2702

RE: DENIAL OF PRINCIPAL RESIDENCE EXEMPTION
Parcel Address: 9550 HUBBELL STREET, DETROIT, MI 48227
PRE Unit File Number: 2016-AP-1057
Appeal File Number: 20190724

| TAX YEAR | PARCEL NO. |
| --- | --- |
| 2013 | 22038786. |
| 2014 | 22038786. |
| 2015 | 22038786. |
| 2016 | 22038786. |

## DENIAL OF REQUEST FOR INFORMAL CONFERENCE

We have received your e-mail on April 17, 2019, in which you requested an informal conference. Your request for an informal conference is denied as untimely. A request for an informal conference must be made to the Michigan Department of Treasury within 35 days after your receipt of the Department's denial of the principal residence exemption claim notice on the above parcel.

This is the Department's final decision in this matter under MCL 211.7cc(8) of the General Property Tax Act. If you disagree with all or a part of this decision, you may file your petition with the small claims division of the Michigan Tax Tribunal, P.O. Box 30232, Lansing, Michigan 48909 (telephone number: 517-335-9760) within 35 days of this decision in accordance with MCL 211.7cc(13).

If you have any questions about your future eligibility for the principal residence exemption, you should contact your local assessor.

Date: APR 26 2019

Sincerely,

*Michael A. Eschelbach*

Michael A. Eschelbach, Director
Bureau of Tax Policy

cc: Chris Mida, PRE Unit

| | |
|---|---|
| **From:** | Nikhil Patel |
| **Sent:** | Monday, April 1, 2024 4:13 PM |
| **To:** | Charlie Miles |
| **Cc:** | Valerie Agolli; LaDawna Johnson; Willie Donwell; Nikhil Patel |
| **Subject:** | RE: [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question |
| **Attachments:** | Payment history for 9550 Hubbell aka 22038786..pdf; 9550 Hubbell - Wayne County Delinquent Property Tax Due .jpg; Payment history for 6463 Evergreen aka 22097205-6.pdf; 6463 Evergreen - Wayne County Delinquent Property Tax Due .jpg |

Mr. Miles,

We have reviewed this case extensively. All the past correspondence you've shared relates to Tax Years before 2016 and all of those issues have been resolved; there are no outstanding issues for Tax Year 2015 and prior. There are currently no pending payments or refunds from the City's end.

Below you will see an outline of what is outstanding for both parcels across different tax years. In three instances, no payment was made for the Winter taxes. You need to either make these following payments at the County and/or set-up a payment plan. I have attached payment history for both parcels.

I must emphasize that if there is new information you have to share, I am open to reviewing it. But there has been extensive discussion and explanation on these issues over the past six years and we will not be relitigating what has already been resolved for earlier tax years.


9550 Hubbell (Parcel ID: 22038786.)

- Tax Year 2016
  - Base tax due: $2701.41
  - Tax paid at the County: $1249.53 (this was transferred over from the City of Detroit, which is shown in Payer Name column)
  - Outstanding base tax amount due: $1,451.88 (this does not include the interest and fees assessment by the County)
  - Current total due at Wayne County: **$3,683.11**

- Tax Year 2017
  - Base tax due: $1539.88
    - No payment on this Tax Year was originally made to the City
  - Tax paid at the County: $173.95 (Payer name: Charles Miles)
  - Outstanding base tax amount due: $1,365.93 (this does not include the interest and fees assessment by the County)
  - Current total due at Wayne County: **$3,442.57**

- Tax Year 2021
  - Winter taxes not paid to the City, this was transferred for delinquent collections at the County
  - Outstanding base tax amount due: $130.11 (this does not include the interest and fees assessment by the County)
  - Current total due at Wayne County: **$481.10**


6463 Evergreen  (Parcel ID: 22097205-6)

- Tax Year 2017
    - Base tax due: $1423.41
    - Tax paid at the County: $1249.58 (Payer name: Charles Miles)
    - Outstanding base tax amount due: $1249.58 (this does not include the interest and fees assessment by the County)
    - Current total due at Wayne County: **$2,963.02**

- Tax Year 2018
    - Winter taxes not paid to the City, this was transferred for delinquent collections at the County
    - Outstanding base tax amount due: $109.99 (this does not include the interest and fees assessment by the County)
    - Current total due at Wayne County: **$666.03**

- Tax Year 2021
    - Winter taxes not paid to the City, this was transferred for delinquent collections at the County
    - Outstanding base tax amount due: $116.09 (this does not include the interest and fees assessment by the County)
    - Current total due at Wayne County: **$461.26**
    - 

Thank you,
Nikhil

**Nikhil Patel**
Treasurer / Deputy CFO
Office of the Chief Financial Officer
City of Detroit | Mayor Michael E. Duggan
LinkedIn | nikhil.patel@detroitmi.gov

**From:** Charlie Miles <stylesbymiles@gmail.com>
**Sent:** Monday, April 1, 2024 2:31 PM
**To:** Nikhil Patel <Nikhil.Patel@detroitmi.gov>
**Subject:** [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question

Hello Mr Patel
My Name is CHARLES MILES
Reaching out about 9550 Hubbell & 6463 Evergreen meeting

On Tuesday, January 23, 2024, Nikhil Patel <Nikhil.Patel@detroitmi.gov> wrote:

Hello Mr. Donwell,


Message received. I will review with my team and then first follow-up internally, followed by a meeting I can set up with Mr. Miles and Council Member Durhal's office.


Nikhil

**Nikhil Patel**
Treasurer / Deputy CFO

Office of the Chief Financial Officer

City of Detroit | Mayor Michael E. Duggan

LinkedIn | nikhil.patel@detroitmi.gov

**From:** Willie Donwell <donwellw@detroitmi.gov>
**Sent:** Tuesday, January 23, 2024 12:09 PM
**To:** Nikhil Patel <Nikhil.Patel@detroitmi.gov>
**Cc:** Charlie Miles <stylesbymiles@gmail.com>; Fred Durhal <Fred.Durhal@detroitmi.gov>; Yolanda Lockett <locketty@detroitmi.gov>; LaDawna Johnson <johnsonlad@detroitmi.gov>; Alvin Horhn <horhna@detroitmi.gov>
**Subject:** 9550 Hubbell and 6463 Evergreen Question

Good Morning Treasurer Patel,

There has been an ongoing concern regarding a decision made from the previous Treasurer that needs your attention. Over the past several years, Mr. Miles has spoke to several offices in order to find resolution. As this is a Treasury matter, I ask that you review the circumstances behind his issue. Once you have had the opportunity to review, I respectfully ask that you set a meeting with Mr. Miles who is included in this communication and include Council Member Durhal's office if possible.

Respectfully submitted,

Willie C. Donwell, MCAO / MCPPE

Director

Property Assessment Board of Review
Coleman A. Young Municipal Center
2 Woodward Avenue
Suite 105
Detroit, Michigan 48226
Office: 313-628-0722
Direct: 313-628-2673
Fax: 313-224-4576

Email: donwellw@detroitmi.gov

NOTICE OF CONFIDENTIALITY: This message is a private communication and is intended only for the named addressee. It may contain information which is confidential, proprietary and/or privileged under applicable law. If you are not the designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply e-mail and delete/destroy/remove this message from your system. Thank you.

**ERIC R. SABREE**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942



**DETROIT**
**REAL PROPERTY**

**PARCEL ID:** 22038786.

**ADDRESS:** 9550 HUBBELL
DETROIT, MI 48227

**LEGAL**
**DESCRIPTION:** E HUBBELL 98 CHURCHILL PARK SUB
L50 P52 PLATS, W C R 22/568 40 X
123

**REQUESTED BY:**
CITY OF DETROIT

**YEAR TYPE:**
Calendar Year

## Tax Payment History Statement

| TAX YEAR | STATE VALUE | TAX VALUE | TAX BASE | TAX PAID | FEE/INT PAID | TOTAL PAID | RECEIPT# | DATE PAID | Payer Name |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | 17336 | 17336 | 1565.66 | 1565.66 | 899.78 | 2465.44 | 201513519 | 01/15/2015 | MILES, CHARLES |
| 2013 | 22042 | 17752 | 1607.98 | 1147.89 | 575.85 | 1723.74 | 2015262371 | 08/18/2015 | CharlieMiles |
| 2014 | 17634 | 17634 | 1619.57 | 1082.63 | 401.47 | 1484.1 | 2016119192 | 04/01/2016 | CharlieMiles |
| 2014 | 17634 | 17634 | 1619.57 | 29.78 | 20.22 | 50 | 201770271 | 02/28/2017 | MILES, CHARLES |
| 2014 | 17634 | 17634 | 1619.57 | 507.16 | 390.13 | 897.29 | 2017289453 | 09/01/2017 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 189.15 | 110.85 | 300 | 201822241 | 01/19/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 804.69 | 483.63 | 1288.32 | 201834477 | 02/02/2018 | MILES, CHARLES |
| 2015 | 15700 | 15700 | 1477.47 | 30.94 | 19.06 | 50 | 2018105800 | 03/16/2018 | MILES, CHARLES |
| 2016 | 13300 | 13300 | 2701.41 | 1249.53 | 0 | 1249.53 | 2018150913 | 04/18/2018 | CITY OF DETROIT |
| 2015 | 15700 | 15700 | 1477.47 | 45.98 | 29.02 | 75 | 2018166270 | 05/02/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 60.75 | 39.25 | 100 | 2018194026 | 05/30/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 60.2 | 39.8 | 100 | 2018234112 | 06/27/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 115.27 | 77.93 | 193.2 | 2018267359 | 07/31/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 170.49 | 117.84 | 288.33 | 2018298330 | 09/04/2018 | charlesmiles |
| 2017 | 13100 | 13100 | 1539.88 | 173.95 | 26.05 | 200 | 2018374057 | 12/04/2018 | charliemiles |
| 2018 | 13000 | 13000 | 511.88 | 511.88 | 40.96 | 552.84 | 2019207424 | 06/06/2019 | MILES, CHARLES |
| 2020 | 15500 | 13564 | 128.28 | 128.28 | 34.24 | 162.52 | 202214081 | 01/19/2022 | CharlesMiles |

**PAYMENT SUMMARY**

| CALENDAR YEAR | NO OF PAYMENTS | TAX PAID | FEE/INT PAID | TOTAL PAID |
|---|---|---|---|---|
| 2015 | 2 | 2713.55 | 1475.63 | 4189.18 |
| 2016 | 1 | 1082.63 | 401.47 | 1484.10 |
| 2017 | 2 | 536.94 | 410.35 | 947.29 |
| 2018 | 10 | 2900.95 | 943.43 | 3844.38 |
| 2019 | 1 | 511.88 | 40.96 | 552.84 |
| 2022 | 1 | 128.28 | 34.24 | 162.52 |

**REMARKS:**
Charles Miles

***** THIS PARCEL HAS UNPAID TAXES *****
Page 1 of 1

2/12/2024



**DETROIT
REAL PROPERTY**

**PARCEL ID:** 22038786.

**ADDRESS:** 9550 HUBBELL
DETROIT, MI 48227

**LEGAL
DESCRIPTION:** E HUBBELL 98 CHURCHILL PARK SUB
L50 P52 PLATS, W C R 22/568 40 X
123

**REQUESTED BY:**
CITY OF DETROIT

**YEAR TYPE:**
Calendar Year

## Tax Payment History Statement

| TAX YEAR | STATE VALUE | TAX VALUE | TAX BASE | TAX PAID | FEE/INT PAID | TOTAL PAID | RECEIPT# | DATE PAID | Payer Name |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | 17336 | 17336 | 1565.66 | 1565.66 | 899.78 | 2465.44 | 201513519 | 01/15/2015 | MILES, CHARLES |
| 2013 | 22042 | 17752 | 1607.98 | 1147.89 | 575.85 | 1723.74 | 2015262371 | 08/18/2015 | CharlieMiles |
| 2014 | 17634 | 17634 | 1619.57 | 1082.63 | 401.47 | 1484.1 | 2016119192 | 04/01/2016 | CharlesMiles |
| 2014 | 17634 | 17634 | 1619.57 | 29.78 | 20.22 | 50 | 201770271 | 02/28/2017 | MILES, CHARLES |
| 2014 | 17634 | 17634 | 1619.57 | 507.16 | 390.13 | 897.29 | 2017289453 | 09/01/2017 | CharlesMiles |
| 2015 | 15700 | 15700 | 1477.47 | 189.15 | 110.85 | 300 | 201822241 | 01/19/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 804.69 | 483.63 | 1288.32 | 201834477 | 02/02/2018 | MILES, CHARLES |
| 2015 | 15700 | 15700 | 1477.47 | 30.94 | 19.06 | 50 | 2018105800 | 03/16/2018 | MILES, CHARLES |
| 2016 | 13300 | 13300 | 2701.41 | 1249.53 | 0 | 1249.53 | 2018150913 | 04/18/2018 | CITY OF DETROIT |
| 2015 | 15700 | 15700 | 1477.47 | 45.98 | 29.02 | 75 | 2018166270 | 05/02/2018 | CharlesMiles |
| 2015 | 15700 | 15700 | 1477.47 | 60.75 | 39.25 | 100 | 2018194026 | 05/30/2018 | CharlesMiles |
| 2015 | 15700 | 15700 | 1477.47 | 60.2 | 39.8 | 100 | 2018234112 | 06/27/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 115.27 | 77.93 | 193.2 | 2018267359 | 07/31/2018 | CharlieMiles |
| 2015 | 15700 | 15700 | 1477.47 | 170.49 | 117.84 | 288.33 | 2018298330 | 09/04/2018 | charlesmiles |
| 2017 | 13100 | 13100 | 1539.88 | 173.95 | 26.05 | 200 | 2018374057 | 12/04/2018 | charliemiles |
| 2018 | 13000 | 13000 | 511.88 | 511.88 | 40.96 | 552.84 | 2019207424 | 06/06/2019 | MILES, CHARLES |
| 2020 | 15500 | 13564 | 128.28 | 128.28 | 34.24 | 162.52 | 202214081 | 01/19/2022 | CharlesMiles |

**Nikhil Patel**
Treasurer / Deputy CFO
Office of the Chief Financial Officer
City of Detroit | Mayor Michael E. Duggan
LinkedIn | nikhil.patel@detroitmi.gov

# Pay Taxes Online

## Property & Tax Information

| | | ❷ Definitions |
|---|---|---|

**Municipality**
01

**Parcel ID**
22038786

**Property Type**
REAL

**Property Address**
9550 HUBBELL, DETROIT MI 48227

**Taxpayer(s)**
MILES, CHARLES

| Tax Year | Tax | Interest & Fees | Amount Due | Status |
|---|---|---|---|---|
| 2016 | $1,451.88 | $2,231.23 | $3,683.11 | ❓ SUBJECT TO FORECLOSURE |
| 2017 | $1,365.93 | $2,076.64 | $3,442.57 | ❓ SUBJECT TO FORECLOSURE |
| 2021 | $130.11 | $350.99 | $481.10 | ❓ SUBJECT TO FORECLOSURE |
| Totals : | $2,947.92 | $4,658.86 | $7,606.78 | |

TAX AMOUNT DUE if paid on or before 04/30/2024 : $7,606.78

2023 data has not been confirmed yet. You may pay the amount shown. Once confirmed, you may still owe additional taxes or you will be refunded for an overpayment.

**ERIC R. SABREE**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942



**DETROIT
REAL PROPERTY**

**PARCEL ID:** 22097205-6

**ADDRESS:** 6463 EVERGREEN
DETROIT, MI 48228

**LEGAL
DESCRIPTION:** W EVERGREEN RD 41&40 FRISCHKORNS
ROUGE PARK SUB L44 P61 PLATS, W
C R 22/289 40 X 127

**REQUESTED BY:**
CITY OF DETROIT

**YEAR TYPE:**
Calendar Year

## Tax Payment History Statement

| TAX YEAR | STATE VALUE | TAX VALUE | TAX BASE | TAX PAID | FEE/INT PAID | TOTAL PAID | RECEIPT# | DATE PAID | Payer Name |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | 21654 | 21654 | 2342.82 | 862.29 | 137.71 | 1000 | 201521158 | 01/28/2015 | charliemiles |
| 2013 | 21654 | 21654 | 2342.82 | 683.94 | 423.65 | 1107.59 | 2015262386 | 08/18/2015 | CharlesMiles |
| 2014 | 16241 | 16241 | 1843.18 | 1263.45 | 447.72 | 1711.17 | 2016119193 | 04/01/2016 | CharlesMiles |
| 2014 | 16241 | 16241 | 1843.18 | 30.26 | 19.74 | 50 | 201770261 | 02/28/2017 | CHARLESMILES |
| 2014 | 16241 | 16241 | 1843.18 | 549.47 | 407.8 | 957.27 | 2017289450 | 09/01/2017 | CharlesMiles |
| 2015 | 14500 | 14500 | 1686.53 | 192.41 | 107.59 | 300 | 201822235 | 01/19/2018 | CharlesMiles |
| 2015 | 14500 | 14500 | 1686.53 | 960.89 | 551.74 | 1512.63 | 201834474 | 02/02/2018 | CHARLESMILES |
| 2015 | 14500 | 14500 | 1686.53 | 31.46 | 18.54 | 50 | 2018105797 | 03/16/2018 | CHARLESMILES |
| 2015 | 14500 | 14500 | 1686.53 | 46.75 | 28.25 | 75 | 2018166268 | 05/02/2018 | CharlesMiles |
| 2015 | 14500 | 14500 | 1686.53 | 61.76 | 38.24 | 100 | 2018194023 | 05/30/2018 | CharlesMiles |
| 2015 | 14500 | 14500 | 1686.53 | 61.19 | 38.81 | 100 | 2018234110 | 06/27/2018 | CjarlieMiles |
| 2015 | 14500 | 14500 | 1686.53 | 121.27 | 78.73 | 200 | 2018267354 | 07/31/2018 | CharlieMiles |
| 2015 | 14500 | 14500 | 1686.53 | 210.8 | 143.23 | 354.03 | 2018298318 | 09/04/2018 | charlesmiles |
| 2017 | 11900 | 11900 | 1423.41 | 173.83 | 26.17 | 200 | 2018374050 | 12/04/2018 | charliemiles |
| 2020 | 14400 | 12103 | 113.97 | 113.97 | 32.1 | 146.07 | 202214080 | 01/19/2022 | CharlesMIles |

**PAYMENT SUMMARY**

| CALENDAR YEAR | NO OF PAYMENTS | TAX PAID | FEE/INT PAID | TOTAL PAID |
|---|---|---|---|---|
| 2015 | 2 | 1546.23 | 561.36 | 2107.59 |
| 2016 | 1 | 1263.45 | 447.72 | 1711.17 |
| 2017 | 2 | 579.73 | 427.54 | 1007.27 |
| 2018 | 9 | 1860.36 | 1031.30 | 2891.66 |
| 2022 | 1 | 113.97 | 32.10 | 146.07 |

**REMARKS:**
Charles Miles

**\*\*\*\*\* THIS PARCEL HAS UNPAID TAXES \*\*\*\*\***
Page 1 of 1

© Copyright: Wayne County, Michigan.

2/12/2024

Pay Taxes Online

## Property & Tax Information

❓ Definitions

| Municipality | Parcel ID | Property Type |
|---|---|---|
| 01 | 22097205-6 | REAL |

**Property Address**

6463 EVERGREEN, DETROIT MI 48228

**Taxpayer(s)**

MILES, CHARLES

| Tax Year | Tax | Interest & Fees | Amount Due | | Status |
|---|---|---|---|---|---|
| 2017 | $1,249.58 | $1,713.44 | $2,963.02 | ❓ | SUBJECT TO FORECLOSURE |
| 2018 | $109.99 | $556.04 | $666.03 | ❓ | SUBJECT TO FORECLOSURE |
| 2021 | $116.09 | $345.17 | $461.26 | ❓ | SUBJECT TO FORECLOSURE |
| **Totals :** | **$1,475.66** | **$2,614.65** | **$4,090.31** | | |

## Eric Gaabo

**From:** Nikhil Patel
**Sent:** Tuesday, April 2, 2024 10:48 AM
**To:** Charlie Miles
**Cc:** LaDawna Johnson; Valerie Agolli
**Subject:** RE: [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question
**Attachments:** 9550 Hubbell - Wayne County Delinquent Property Tax Due .jpg; 6463 Evergreen - Wayne County Delinquent Property Tax Due .jpg

Mr. Miles,

The outstanding amounts outlined below are delinquent.  I highly recommend and encourage you contact the county to resolve these items by either making full payment or setting up a payment plant. I'll use the payment history on 9550 Hubbel in Tax Year 2016 and 2017 as an example to help you understand what you are seeing. In the **image below** you'll see a green, blue, and yellow highlight for both 2016 and 2017.

For the 2016 row, you will see the that base tax (this is the amount of tax that is owed on the property) is $2701.41 . The blue highlights in that same row is what you have paid so far: $1249.53. Notice that the yellow highlight shows a value of "0". That was from when past administration worked with you to waive interest and penalty for just reason on that parcel. So, since you have paid less than the bax tax owed, you still owe money for 2016.

For the 2017 row, you will see the that base tax (this is the amount of tax that is owed on the property) is $1539.88 . The blue highlights in that same row is what you have paid so far: $200 (this is the sum of the $173.95 in tax paid and 26.05 in interest and penalty paid). So, since you have paid less than the bax tax owed, you still owe money for 2017.

This can be seen for the other relevant years too. I've also attached again the information you can find online for your properties at the county website: **https://pta.waynecounty.com/**

**From:** Charlie Miles <stylesbymiles@gmail.com>
**Sent:** Tuesday, April 2, 2024 10:34 AM
**To:** Nikhil Patel <Nikhil.Patel@detroitmi.gov>
**Subject:** [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question

According to your document sent to me it shows that I was never delinquent as a matter of fact it shows that I over paid every year   Can you help me understand ?

On Monday, April 1, 2024, Nikhil Patel <Nikhil.Patel@detroitmi.gov> wrote:

Mr. Miles,

We have reviewed this case extensively. All the past correspondence you've shared relates to Tax Years before 2016 and all of those issues have been resolved; there are no outstanding issues for Tax Year 2015 and prior. There are currently no pending payments or refunds from the City's end.

Below you will see an outline of what is outstanding for both parcels across different tax years. In three instances, no payment was made for the Winter taxes. You need to either make these following payments at the County and/or set-up a payment plan. I have attached payment history for both parcels.

I must emphasize that if there is new information you have to share, I am open to reviewing it. But there has been extensive discussion and explanation on these issues over the past six years and we will not be relitigating what has already been resolved for earlier tax years.

9550 Hubbell (Parcel ID: 22038786.)

- Tax Year 2016
  - Base tax due: $2701.41
  - Tax paid at the County: $1249.53 (this was transferred over from the City of Detroit, which is shown in Payer Name column)
  - Outstanding base tax amount due: $1,451.88 (this does not include the interest and fees assessment by the County)
  - Current total due at Wayne County: **$3,683.11**

- Tax Year 2017
  - Base tax due: $1539.88
    - No payment on this Tax Year was originally made to the City
  - Tax paid at the County: $173.95 (Payer name: Charles Miles)

- o Outstanding base tax amount due: $1,365.93 (this does not include the interest and fees assessment by the County)
- o Current total due at Wayne County: **$3,442.57**

- Tax Year 2021
    - o Winter taxes not paid to the City, this was transferred for delinquent collections at the County
    - o Outstanding base tax amount due: $130.11 (this does not include the interest and fees assessment by the County)
    - o Current total due at Wayne County: **$481.10**

6463 Evergreen  (Parcel ID: 22097205-6)

- Tax Year 2017
    - o Base tax due: $1423.41
    - o Tax paid at the County: $1249.58 (Payer name: Charles Miles)
    - o Outstanding base tax amount due: $1249.58 (this does not include the interest and fees assessment by the County)
    - o Current total due at Wayne County: **$2,963.02**

- Tax Year 2018
    - o Winter taxes not paid to the City, this was transferred for delinquent collections at the County
    - o Outstanding base tax amount due: $109.99 (this does not include the interest and fees assessment by the County)
    - o Current total due at Wayne County: **$666.03**

- Tax Year 2021
    - o Winter taxes not paid to the City, this was transferred for delinquent collections at the County
    - o Outstanding base tax amount due: $116.09 (this does not include the interest and fees assessment by the County)
    - o Current total due at Wayne County: **$461.26**
    - o

Thank you,

Nikhil

**Nikhil Patel**
Treasurer / Deputy CFO

Office of the Chief Financial Officer

City of Detroit | Mayor Michael E. Duggan

LinkedIn | nikhil.patel@detroitmi.gov

**From:** Charlie Miles <stylesbymiles@gmail.com>
**Sent:** Monday, April 1, 2024 2:31 PM
**To:** Nikhil Patel <Nikhil.Patel@detroitmi.gov>
**Subject:** [EXTERNAL] Re: 9550 Hubbell and 6463 Evergreen Question

Hello Mr Patel

My Name is CHARLES MILES

Reaching out about 9550 Hubbell & 6463 Evergreen meeting

On Tuesday, January 23, 2024, Nikhil Patel <Nikhil.Patel@detroitmi.gov> wrote:

Hello Mr. Donwell,

Message received. I will review with my team and then first follow-up internally, followed by a meeting I can set up with Mr. Miles and Council Member Durhal's office.

Nikhil

**Nikhil Patel**
Treasurer / Deputy CFO

Office of the Chief Financial Officer

City of Detroit | Mayor Michael E. Duggan

LinkedIn | nikhil.patel@detroitmi.gov

**From:** Willie Donwell <donwellw@detroitmi.gov>
**Sent:** Tuesday, January 23, 2024 12:09 PM

**To:** Nikhil Patel <Nikhil.Patel@detroitmi.gov>
**Cc:** Charlie Miles <stylesbymiles@gmail.com>; Fred Durhal <Fred.Durhal@detroitmi.gov>; Yolanda Lockett <locketty@detroitmi.gov>; LaDawna Johnson <johnsonlad@detroitmi.gov>; Alvin Horhn <horhna@detroitmi.gov>
**Subject:** 9550 Hubbell and 6463 Evergreen Question

Good Morning Treasurer Patel,

There has been an ongoing concern regarding a decision made from the previous Treasurer that needs your attention. Over the past several years, Mr. Miles has spoke to several offices in order to find resolution. As this is a Treasury matter, I ask that you review the circumstances behind his issue. Once you have had the opportunity to review, I respectfully ask that you set a meeting with Mr. Miles who is included in this communication and include Council Member Durhal's office if possible.

Respectfully submitted,

Willie C. Donwell, MCAO / MCPPE

Director

Property Assessment Board of Review
Coleman A. Young Municipal Center
2 Woodward Avenue
Suite 105
Detroit, Michigan 48226
Office: 313-628-0722
Direct: 313-628-2673
Fax: 313-224-4576
Email: donwellw@detroitmi.gov

NOTICE OF CONFIDENTIALITY: This message is a private communication and is intended only for the named addressee. It may contain information which is confidential, proprietary and/or privileged under applicable law. If you are not the designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply e-mail and delete/destroy/remove this message from your system. Thank you.

# Pay Taxes Online

## Property & Tax Information

❷ Definitions

**Municipality**

01

**Parcel ID**

22038786.

**Property Type**

REAL

**Property Address**

9550 HUBBELL. DETROIT MI 48227

**Taxpayer(s)**

MILES. CHARLES

| Tax Year | Tax | Interest & Fees | Amount Due | Status |
|---|---|---|---|---|
| 2016 | $1,451.88 | $2,231.23 | $3,683.11 | ❷ SUBJECT TO FORECLOSURE |
| 2017 | $1,365.93 | $2,076.64 | $3,442.57 | ❷ SUBJECT TO FORECLOSURE |
| 2021 | $130.11 | $350.99 | $481.10 | ❷ SUBJECT TO FORECLOSURE |
| **Totals :** | **$2,947.92** | **$4,658.86** | **$7,606.78** | |

TAX AMOUNT DUE if paid on or before 04/30/2024 : $7,606.78

2023 data has not been confirmed yet. You may pay the amount shown. Once confirmed, you may still owe additional taxes or you will be refunded for an overpayment.

ay Taxes Online

## Property & Tax Information

🌀 Definitions

**Municipality**

01

**Parcel ID**

22097205-6

**Property Type**

REAL

**Property Address**

6463 EVERGREEN, DETROIT MI 48228

**Taxpayer(s)**

MILES, CHARLES

| Tax Year | Tax | Interest & Fees | Amount Due | Status |
|---|---|---|---|---|
| 2017 | $1,249.58 | $1,713.44 | $2,963.02 | 🌀 SUBJECT TO FORECLOSURE |
| 2018 | $109.99 | $556.04 | $666.03 | 🌀 SUBJECT TO FORECLOSURE |
| 2021 | $116.09 | $345.17 | $461.26 | 🌀 SUBJECT TO FORECLOSURE |
| **Totals :** | **$1,475.66** | **$2,614.65** | **$4,090.31** | |

DETROIT

School: D

Property #: 22097205-6

SITE ADDRESS:
6463 EVERGREEN

    SEV    11,900
    AV    11,900
    TAXV   11,900

    MILES, CHARLES
    12900 SANTA CLARA
    DETROIT MI 48235

Mortgage Company of Record:
NONE

Prop Type : 401-RESIDENTIAL
PRE/MBT %: 0

### Summer Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|-------|----------|-----------|
| 6.00000 | STATE EDUCATION | 71.40 |
| 19.95200 | GENERAL CITY | 237.42 |
| 8.24370 | DEBT SERVICE | 98.10 |
| 4.63070 | LIBRARY | 55.10 |
| 13.00000 | SCHOOL DEBT | 154.70 |
| 18.00000 | SCHOOL OPERATING | 214.20 |
| 5.64830 | W COUNTY TAX | 67.21 |
| 0.00000 | DDA | 0.00 |
| 2.00000 | WC RESA ENH | 23.80 |
| 18.00000 | SCHOOL OPER FC | 0.00 |
| 0.00000 | SOLID WASTE FEE | 240.00 |

### Winter Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|-------|----------|-----------|
| 0.98970 | WAYNE COUNTY | 11.77 |
| 0.93810 | W C JAILS | 11.16 |
| 0.24590 | W C PARKS | 2.92 |
| 0.21400 | W C HCMA | 2.54 |
| 0.09650 | W C RESA | 1.14 |
| 3.36780 | W C RESA SP ED | 40.07 |
| 3.24080 | W C COMM COLLEGE | 38.56 |
| 0.10000 | W C ZOO | 1.19 |
| 0.20000 | W C DIA | 2.38 |

| | | |
|---|---|---|
| TOTAL TAXES | 1,161.93 | |
| ADMIN FEE | 9.21 | |
| INTEREST | 139.43 | |
| TOTAL BILL | 1,310.57 | |

| | | |
|---|---|---|
| TOTAL TAXES | 111.73 | |
| ADMIN FEE | 1.11 | |
| INTEREST | 5.03 | |
| TOTAL BILL | 117.87 | |

Date Prepared: 04/04/2024

T A X   C E R T I F I C A T I O N

School: 82010    TAX SUMMARY FOR CALENDAR YEAR 2018

Property #: 22097205-6

SITE ADDRESS:
6463 EVERGREEN

    SEV    11,600

    AV    11,600

   MILES, CHARLES    TAXV    11,600
   12900 SANTA CLARA
   DETROIT MI 48235

Mortgage Company of Record:
NONE

Prop Type  : 401-RESIDENTIAL
PRE/MBT %: 0

### Summer Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|---|---|---|
| 6.00000 | STATE EDUCATION | 69.60 |
| 19.95200 | GENERAL CITY | 231.44 |
| 7.00000 | DEBT SERVICE | 81.20 |
| 4.63070 | LIBRARY | 53.71 |
| 13.00000 | SCHOOL DEBT | 150.80 |
| 18.00000 | SCHOOL OPERATING | 208.80 |
| 5.64830 | W COUNTY TAX | 65.52 |
| 0.00000 | DDA | 0.00 |
| 2.00000 | WC RESA ENH | 23.20 |
| 18.00000 | SCHOOL OPER FC | 0.00 |
| 0.00000 | SOLID WASTE FEE | 240.00 |

### Winter Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|---|---|---|
| 0.98970 | WAYNE COUNTY | 11.48 |
| 0.93810 | W C JAILS | 10.88 |
| 0.24590 | W C PARKS | 2.85 |
| 0.21290 | W C HCMA | 2.46 |
| 0.09650 | W C RESA | 1.11 |
| 3.36780 | W C RESA SP ED | 39.06 |
| 3.24080 | W C COMM COLLEGE | 37.59 |
| 0.10000 | W C ZOO | 1.16 |
| 0.20000 | W C DIA | 2.32 |

| | |
|---|---|
| TOTAL TAXES | 1,124.27 |
| ADMIN FEE | 8.84 |
| INTEREST | 134.91 |
| TOTAL BILL | 1,268.02 |

| | |
|---|---|
| TOTAL TAXES | 108.91 |
| ADMIN FEE | 1.08 |
| INTEREST | 4.90 |
| TOTAL BILL | 114.89 |

SUMMER
TOTAL PAID:    1,268.02
DATE PAID :    02/28/2019

Date Prepared: 04/04/2024

DETROIT

## T A X   C E R T I F I C A T I O N

TAX SUMMARY FOR CALENDAR YEAR 2021

Property #: 22097205-6

SITE ADDRESS:
6463 EVERGREEN

|   |   |
|---|---|
| SEV | 16,200 |
| AV | 16,200 |
| TAXV | 12,272 |

MILES, CHARLES
12900 SANTA CLARA
DETROIT MI 48235

Mortgage Company of Record:
NONE

Prop Type : 401-RESIDENTIAL
PRE/MBT %: 0

### Summer Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|-------|----------|-----------|
| 6.00000 | STATE EDUCATION | 73.63 |
| 19.95200 | GENERAL CITY | 244.85 |
| 9.00000 | DEBT SERVICE | 110.44 |
| 4.63070 | LIBRARY | 56.82 |
| 13.00000 | SCHOOL DEBT | 159.53 |
| 16.85790 | SCHOOL OPERATING | 206.88 |
| 5.63470 | W COUNTY TAX | 69.14 |
| 0.00000 | DDA | 0.00 |
| 1.99620 | WC RESA ENH | 24.49 |
| 16.85790 | SCHOOL OPER FC | 0.00 |
| 0.00000 | SOLID WASTE FEE | 240.00 |

### Winter Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|-------|----------|-----------|
| 0.98730 | WAYNE COUNTY | 12.11 |
| 0.93580 | W C JAILS | 11.48 |
| 0.24530 | W C PARKS | 3.01 |
| 0.20890 | W C HCMA | 2.56 |
| 0.09620 | W C RESA | 1.18 |
| 3.35960 | W C RESA SP ED | 41.22 |
| 3.23780 | W C COMM COLLEGE | 39.73 |
| 0.09970 | W C ZOO | 1.22 |
| 0.19950 | W C DIA | 2.44 |

| | |
|---|---|
| TOTAL TAXES | 1,185.78 |
| ADMIN FEE | 9.45 |
| INTEREST | 0.00 |
| TOTAL BILL | 1,195.23 |

| | |
|---|---|
| TOTAL TAXES | 114.95 |
| ADMIN FEE | 1.14 |
| INTEREST | 5.17 |
| TOTAL BILL | 121.26 |

SUMMER
| | |
|---|---|
| TOTAL PAID: | 1,195.23 |
| DATE PAID : | 08/16/2021 |

Date Prepared: 04/04/2024

DETROIT

School: D

Property #: 22038786.

SITE ADDRESS:
9550 HUBBELL

    SEV    13,300
    AV    13,300

    MILES, CHARLES       TAXV   13,300
    9550 HUBBELL
    DETROIT MI 48227

Mortgage Company of Record:
NONE

Prop Type : 401-RESIDENTIAL
PRE/MBT %: 0

Summer Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|-------|----------|-----------|
| 6.00000 | STATE EDUCATION | 79.80 |
| 19.95200 | GENERAL CITY | 265.36 |
| 9.46610 | DEBT SERVICE | 125.89 |
| 4.63070 | LIBRARY | 61.58 |
| 13.00000 | SCHOOL DEBT | 172.90 |
| 18.00000 | SCHOOL OPERATING | 239.40 |
| 0.00000 | SCHOOL JUDGMENT | 0.00 |
| 5.64830 | W COUNTY TAX | 75.12 |
| 0.00000 | DDA | 0.00 |
| 18.00000 | SCHOOL OPER FC | 0.00 |
| 0.00000 | SOLID WASTE FEE | 240.00 |

Winter Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|-------|----------|-----------|
| 0.98970 | WAYNE COUNTY | 13.16 |
| 0.93810 | W C JAILS | 12.47 |
| 0.24590 | W C PARKS | 3.27 |
| 0.21460 | W C HCMA | 2.85 |
| 0.09650 | W C RESA | 1.28 |
| 3.36780 | W C RESA SP ED | 44.79 |
| 2.00000 | W C RESA ENH | 26.60 |
| 3.24080 | W C COMM COLLEGE | 43.10 |
| 0.10000 | W C ZOO | 1.33 |
| 0.20000 | W C DIA | 2.66 |

| | | | | |
|---|---|---|---|---|
| TOTAL TAXES | 1,260.05 | TOTAL TAXES | 151.51 |
| ADMIN FEE | 10.20 | ADMIN FEE | 1.51 |
| INTEREST | 149.14 | INTEREST | 0.00 |
| TOTAL BILL | 1,419.39 | TOTAL BILL | 153.02 |

| SUMMER | | WINTER | |
|---|---|---|---|
| TOTAL PAID: | 153.02 | TOTAL PAID: | 153.02 |
| DATE PAID : | 01/12/2017 | DATE PAID : | 01/12/2017 |

Date Prepared: 04/04/2024

DETROIT

T A X   C E R T I F I C A T I O N

School: D

TAX SUMMARY FOR CALENDAR YEAR 2017

Property #: 22038786.

SITE ADDRESS:
9550 HUBBELL

    MILES, CHARLES
    9550 HUBBELL
    DETROIT MI 48227

| | |
|---|---|
| SEV | 13,100 |
| AV | 13,100 |
| TAXV | 13,100 |

Mortgage Company of Record:
NONE

Prop Type : 401-RESIDENTIAL
PRE/MBT %: 0

### Summer Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|---|---|---|
| 6.00000 | STATE EDUCATION | 78.60 |
| 19.95200 | GENERAL CITY | 261.37 |
| 8.24370 | DEBT SERVICE | 107.99 |
| 4.63070 | LIBRARY | 60.66 |
| 13.00000 | SCHOOL DEBT | 170.30 |
| 18.00000 | SCHOOL OPERATING | 235.80 |
| 5.64830 | W COUNTY TAX | 73.99 |
| 0.00000 | DDA | 0.00 |
| 2.00000 | WC RESA ENH | 26.20 |
| 18.00000 | SCHOOL OPER FC | 0.00 |
| 0.00000 | SOLID WASTE FEE | 240.00 |

### Winter Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|---|---|---|
| 0.98970 | WAYNE COUNTY | 12.96 |
| 0.93810 | W C JAILS | 12.28 |
| 0.24590 | W C PARKS | 3.22 |
| 0.21400 | W C HCMA | 2.80 |
| 0.09650 | W C RESA | 1.26 |
| 3.36780 | W C RESA SP ED | 44.11 |
| 3.24080 | W C COMM COLLEGE | 42.45 |
| 0.10000 | W C ZOO | 1.31 |
| 0.20000 | W C DIA | 2.62 |

| | |
|---|---|
| TOTAL TAXES | 1,254.91 |
| ADMIN FEE | 10.14 |
| INTEREST | 150.59 |
| TOTAL BILL | 1,415.64 |

| | |
|---|---|
| TOTAL TAXES | 123.01 |
| ADMIN FEE | 1.23 |
| INTEREST | 5.54 |
| TOTAL BILL | 129.78 |

Date Prepared: 04/04/2024

DETROIT

School: 82010

Property #: 22038786.

SITE ADDRESS:
9550 HUBBELL

     MILES, CHARLES
     9550 HUBBELL
     DETROIT MI 48227

| | |
|---|---|
| SEV | 17,600 |
| AV | 17,600 |
| TAXV | 13,753 |

Mortgage Company of Record:
NONE

Prop Type : 401-RESIDENTIAL
PRE/MBT %: 0

### Summer Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|---|---|---|
| 6.00000 | STATE EDUCATION | 82.51 |
| 19.95200 | GENERAL CITY | 274.39 |
| 9.00000 | DEBT SERVICE | 123.77 |
| 4.63070 | LIBRARY | 63.68 |
| 13.00000 | SCHOOL DEBT | 178.78 |
| 16.85790 | SCHOOL OPERATING | 231.84 |
| 5.63470 | W COUNTY TAX | 77.49 |
| 0.00000 | DDA | 0.00 |
| 1.99620 | WC RESA ENH | 27.45 |
| 16.85790 | SCHOOL OPER FC | 0.00 |
| 0.00000 | SOLID WASTE FEE | 240.00 |

### Winter Tax Bill

| MILLS | TAX TYPE | TAX AMOUNT |
|---|---|---|
| 0.98730 | WAYNE COUNTY | 13.57 |
| 0.93580 | W C JAILS | 12.87 |
| 0.24530 | W C PARKS | 3.37 |
| 0.20890 | W C HCMA | 2.87 |
| 0.09620 | W C RESA | 1.32 |
| 3.35960 | W C RESA SP ED | 46.20 |
| 3.23780 | W C COMM COLLEGE | 44.52 |
| 0.09970 | W C ZOO | 1.37 |
| 0.19950 | W C DIA | 2.74 |

| | | | | |
|---|---|---|---|---|
| TOTAL TAXES | 1,299.91 | | TOTAL TAXES | 128.83 |
| ADMIN FEE | 10.59 | | ADMIN FEE | 1.28 |
| INTEREST | 0.00 | | INTEREST | 5.79 |
| TOTAL BILL | 1,310.50 | | TOTAL BILL | 135.90 |

SUMMER
TOTAL PAID:    1,310.50
DATE PAID :    08/16/2021

Date Prepared: 04/04/2024

# Pay Taxes Online

## Property & Tax Information

❷ Definitions

| Municipality | Parcel ID | Property Type |
|---|---|---|
| 01 | 22097205-6 | REAL |

| Property Address | Taxpayer(s) |
|---|---|
| 6463 EVERGREEN, DETROIT MI 48228 | MILES, CHARLES |

| Tax Year | Tax | Interest & Fees | Amount Due | Status |
|---|---|---|---|---|
| 2017 | $1,249.58 | $1,713.44 | $2,963.02 | ❷ SUBJECT TO FORECLOSURE |
| 2018 | $109.99 | $556.04 | $666.03 | ❷ SUBJECT TO FORECLOSURE |
| 2021 | $116.09 | $345.17 | $461.26 | ❷ SUBJECT TO FORECLOSURE |
| Totals : | $1,475.66 | $2,614.65 | $4,090.31 | |

# Pay Taxes Online

## Property & Tax Information

❷ Definitions

| Municipality | Parcel ID | Property Type |
|---|---|---|
| 01 | 22038786. | REAL |

| Property Address | Taxpayer(s) |
|---|---|
| 9550 HUBBELL, DETROIT MI 48227 | MILES, CHARLES |

| Tax Year | Tax | Interest & Fees | Amount Due | Status |
|---|---|---|---|---|
| **2016** | $1,451.88 | $2,231.23 | $3,683.11 | ❷ SUBJECT TO FORECLOSURE |
| 2017 | $1,365.93 | $2,076.64 | $3,442.57 | ❷ SUBJECT TO FORECLOSURE |
| 2021 | $130.11 | $350.99 | $481.10 | ❷ SUBJECT TO FORECLOSURE |
| Totals : | **$2,947.92** | **$4,658.86** | **$7,606.78** | |

TAX AMOUNT DUE if paid on or before 04/30/2024 : $7,606.78

2023 data has not been confirmed yet. You may pay the amount shown. Once confirmed, you may still owe additional taxes or you will be refunded for an overpayment.